# Exhibit 20

## Tabulation Summary

| VOTING CLASS | ACCEPT | | REJECT | |
| --- | --- | --- | --- | --- |
| | AMOUNT (%) | NUMBER (%) | AMOUNT (%) | NUMBER (%) |
| **Class 4** Channeled Talc Personal Injury Claims | $77,998.00 **(83.40%)** | 77,998 **(83.40%)** | $15,524.00 **(16.60%)** | 15,524 **(16.60%)** |
| **Class 7** [1] Equity Interests in the Debtor | 100.00% **(100.00%)** | 1 **(100.00%)** | 0.00% **(0.00%)** | 0 **(0.00%)** |

---

[1] One entity holds 100% of the membership interests.