# Exhibit 21

**Ballots Not Counted**

| Votes Not Counted | Reason for Exclusion |
|---|---|
| 11,986 | Superseded by a later ballot |
| 181 | No vote indicated:  Ballot was not marked with a vote to accept the Plan or to reject the Plan |
| 1,425 | Inconsistent votes:  Multiple Master Ballots submitted for a single holder with conflicting votes |
| 38 | No Signature:  Ballot was not signed |
| 222 | Ballot was missing the last four digits of the claimant's Social Security Number or the claimant's date of birth |
| 27 | Invalid:  Ballots were not submitted on approved forms or in accordance with instructions |
| 2,295 | Duplicate:  Vote is duplicative of another vote cast and counted on a Master Ballot or Direct Ballot |