**EXHIBIT B**

**Television Spot Storyboard**

**TV Storyboard English (30-seconds)**

| | |
|---|---|
|  | **VO:** Attention talcum powder users!<br><br>https://www.shutterstock.com/video/clip-1041465568-pouring-white-baby-talcum-powder-into-hand |
|  | **VO:** Have you had ovarian or gynecological cancer?<br><br>https://www.pond5.com/stock-footage/item/123376777-cancer-patients-receive-chemotherapy |
|  | **VO:** A proposed $8 billion plan will pay those who believe<br><br>https://www.shutterstock.com/video/clip-1086912119-slow-motion-multi-ethnic-mixed-age-range |
|  | **VO:** they got sick from using talc products like Johnson's Baby Powder and Shower to Shower.<br><br>https://www.shutterstock.com/video/clip-1055951834-pretty-adult-daughter-senior-mother-standing-on |

| | |
|---|---|
|  | **VO:** Johnson and Johnson maintains that its products are safe and do not cause cancer or other illnesses.<br><br>https://www.shutterstock.com/video/clip-1035897743-close-up-hand-woman-pouring-talcum-powder-onto |
| | **VO:** You have until July 26th, 2024, to vote to accept or reject the plan.<br><br>https://www.pond5.com/stock-footage/item/97440031-white-powder-thrown-slow-motion-against-blue-background |
| | **VO:** For more information visit OfficialTalcClaims.com or call 888-431-4056.<br><br>https://www.pond5.com/stock-footage/item/97440031-white-powder-thrown-slow-motion-against-blue-background |