Electronic Appearance Sheet

Charles Johnson, Law Offices of Charles H. Johnson
Client(s): Represent multiple Talcum Powder Plaintiffs

Jeffrey Jonas, Brown Rudnick LLP
Client(s): Coalition of Counsel for Justice for Talc Claimants

David Molton, Brown Rudnick LLP
Client(s): Coalition of Counsel for Justice for Talc Claimants

Michael Winograd, Brown Rudnick LLP
Client(s): Coalition of Counsel for Justice for Talc Claimants

Martin Beeler, Covington & Burling LLP
Client(s):

Josh Nahas, Dundon Advisers
Client(s): Plaintiff Attorney FA

Amanda Rush, Jones Day
Client(s): Red River Talc LLC

Peter D'Apice, Stutzman, Bromberg, Esserman & Plfka, P.C.
Client(s): Coalition of Counsel for Justice for Talc Claimants

Sunni P. Beville, Otterbourg P.C.
Client(s): Coalition of Counsel for Justice for Talc Claimants

Greg Gordon, Jones Day
Client(s): Debtor Red River

Sander Esserman, Stutzman Bromberg Esserman & Plifka
Client(s): Coalition of Counsel for Justice for Talc Claimants

Daniel Lapinski, Motley Rice LLC
Client(s): Sue Sommer-Kresse

Patrick Hughes, Haynes and Boone, LLP
Client(s): Sue Sommer-Kresse

David Trausch, Haynes and Boone, LLP
Client(s): Sue Sommer-Kresse

Andrew Frankel, Simpson Thacher & Bartlett
Client(s): Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) and The Travelers Indemnity Company

Elisha Graff, Simpson Thacher & Bartlett

Electronic Appearance Sheet

Client(s): Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) and The Travelers Indemnity Company

Jason Brookner, Gray Reed
Client(s): Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) and The Travelers Indemnity Company

Daniel Prieto, Jones Day
Client(s): Red River Talc LLC

Allison Brown, Skadden, Arps, Slate, Meagher & Flom
Client(s): Red River Talc LLC

Tina Nix, Pro Se, None, Pro Se
Client(s): Ricky Clark

Jayson Ruff, US DOJ
Client(s): US Trustee

Kelley Edwards, Okin Adams Bartlett Curry LLP
Client(s): Rio Tinto America Holdings Inc

Linda Richenderfer, US DOJ
Client(s): US Trustee

Charles Rubio, Parkins & Rubio LLP
Client(s): Ad Hoc Committee of Supporting Counsel

John Higgins, Porter Hedges LLP
Client(s): Debtor

Shane Johnson, Porter Hedges LLP
Client(s): Debtor

Lenard Parkins, Parkins & Rubio LLP
Client(s): Ad Hoc Committee of Supporting Counsel

Jason Binford, Ross, Smith & Binford, PC
Client(s): The Tort Claimants of Nachawati Law Group

Kristie Hightower, Lundy LLP
Client(s): On behalf of Plaintiffs filed within the In Re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation

Matthew Okin, Okin Adams
Client(s): Rio Tinto America