UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>RED RIVER TALC LLC,[1]<br><br>    Debtor. | Chapter 11<br><br>Case No. 24-90505 (CML) |
| RED RIVER TALC LLC,<br><br>    Plaintiff,<br><br>v.<br><br>THOSE PARTIES LISTED ON APPENDIX A TO COMPLAINT<br>and JOHN AND JANE DOES 1-1000,<br><br>    Defendants. | Adv. Pro. No. 24-03194 (CML) |

**AGENDA FOR MATTERS SET FOR HYBRID HEARING
ON OCTOBER 21, 2024 AT 1:00 P.M. (PREVAILING CENTRAL TIME)**

TO THE HONORABLE CHRISTOPHER M. LOPEZ:

The above-captioned debtor (the "Debtor") files this Agenda of matters set for *hybrid hearing* on **October 21, 2024 at 1:00 p.m. (prevailing Central Time)** before the Honorable Judge Christopher M. Lopez, United States Bankruptcy Judge, Courtroom 401, 4th Floor, 515 Rusk Street, Houston, Texas 77002:

---

[1] The last four digits of the Debtor's taxpayer identification number are 8508. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

NAI-1541545498

I.  **STATUS CONFERENCE IN MAIN CASE:**

1. **Case Management Order.**

**Status**: The parties intend to discuss the status of the Case Management Order with the Court.

II. **CONTESTED MATTER IN ADVERSARY PROCEEDING:**

1. **Debtor's Emergency Motion for (I) an Order (A) Declaring That the Automatic Stay Applies to Certain Actions Against Non-Debtors or (B) Preliminary Enjoining Such Actions and (II) a Temporary Restraining Order Pending Final Hearing [Adv. Dkt. 2] (the "Motion").**

**Status**: This matter is going forward with respect to the Debtor's request for a temporary restraining order.

**Related Documents**:

(a) Debtor's Complaint for Declaratory and Injunctive Relief (I) Declaring That the Automatic Stay Applies to Certain Actions Against Non-Debtors, (II) Preliminarily Enjoining Such Actions and (III) Granting a Temporary Restraining Order Pending a Final Hearing [Adv. Dkt. 1].

(b) Declaration of John K. Kim in Support of Debtor's Complaint for Declaratory and Injunctive Relief and Related Motion [Adv. Dkts. 3, 4].

(c) Debtor's Motion for Entry of an Order Authorizing Filing Under Seal Certain Confidential Exhibits Related to Debtor's Complaint for Injunctive Relief and Related Motion [Adv. Dkt. 5].

(d) Declaration of Adam Lisman in Support of Debtor's Complaint for Declaratory and Injunctive Relief and Related Motion [Adv. Dkt. 6].

(e) Debtor's Motion for Approval of Service Procedures for Summons, Complaint and Other Pleadings [Adv. Dkt. 7].

(f) Objection of Coalition of Counsel for Justice for Talc Claimants (the "Coalition") to the Motion [Adv. Dkt. 10] (the "Coalition Objection").

(g) Declaration of Adam C. Silverstein in Support of the Coalition Objection [Adv. Dkt. 11].

(h) Certain New Jersey State Court Plaintiffs' Memorandum of Law in Opposition to the Motion [Adv. Dkt. 15] (the "Nesko Objection").

(i) Certification of Charles Siegal in Support of Nesko Objection [Adv. Dkt. 16].

-3-

(j) Temporary Order (A) Declaring That the Automatic Stay Applies to Certain Claims and Causes of Action Asserted Against Certain Non-Debtors and (B) Extending the Automatic Stay to Certain Non-Debtors [Adv. Dkt. 17] (the "Order").

(k) Stipulation and Order Extending Time to Appeal the Order [Adv. Dkts. 25, 26].

(l) Notice of Hearing [Adv. Dkt. 33].

(m) Debtor's Witness and Exhibit List [Adv. Dkts. 37, 38].

(n) Coalition's Witness and Exhibit List [Adv. Dkt. 41].

(o) Traveler's Reservation of Rights Regarding the Motion [Adv. Dkt. 42].

NAI-1541545498

| | |
|---|---|
| Dated:  October 20, 2024<br>Houston, Texas | Respectfully submitted,<br><br>*/s/ John F. Higgins*<br>John F. Higgins (TX 09597500)<br>M. Shane Johnson (TX 24083263)<br>Megan Young-John (TX 24088700)<br>James A. Keefe (TX 24122842)<br>PORTER HEDGES LLP<br>1000 Main Street, 36th Floor<br>Houston, Texas 77002<br>Telephone: (713) 226-6000<br>Facsimile:  (713) 228-1331<br>jhiggins@porterhedges.com<br>sjohnson@porterhedges.com<br>myoung-john@porterhedges.com<br>jkeefe@porterhedges.com<br><br>Gregory M. Gordon (TX 08435300)<br>Dan B. Prieto (TX 24048744)<br>Amanda Rush (TX 24079422)<br>JONES DAY<br>2727 N. Harwood Street<br>Dallas, Texas 75201<br>Telephone:  (214) 220-3939<br>Facsimile:   (214) 969-5100<br>gmgordon@jonesday.com<br>dbprieto@jonesday.com<br>asrush@jonesday.com<br><br>- and –<br><br>Brad B. Erens (IL 06206864)<br>Caitlin K. Cahow (IL 6317676)<br>(Admitted *pro hac vice*)<br>JONES DAY<br>110 North Wacker Drive, Suite 4800<br>Chicago, Illinois 60606<br>Telephone:  (312) 782-3939<br>Facsimile:   (312) 782-8585<br>bberens@jonesday.com<br>ccahow@jonesday.com<br><br>PROPOSED ATTORNEYS FOR DEBTOR |

NAI-1541545498

**Certificate of Service**

   I certify that on October 20, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas, and will be served as set forth in the Affidavit of Service to be filed by the Debtor's claims, noticing and solicitation agent.

                 */s/ John F. Higgins*
                 John F. Higgins