UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|   |   |
|---|---|
| In re: | Chapter 11 |
| RED RIVER TALC LLC,[1] | Case No. 24-90505 (CML) |
| Debtor. | |

**THE UNITED STATES TRUSTEE'S
NOTICE OF APPOINTMENT OF COMMITTEE OF TALC CLAIMANTS**

TO THE HONORABLE CHRISTOPHER M. LOPEZ
UNITED STATES BANKRUPTCY JUDGE:

COMES NOW Kevin M. Epstein, the United States Trustee for Region 7 (Southern and Western Districts of Texas), pursuant to 11 U.S.C. § 1102(a)(1), hereby appoints the following eligible creditors to the Official Committee of Talc Claimants in this case:

| Members |
|---|
| **Rebecca J. Love DDS**<br>c/o Michelle Parfitt, Bryant Mc Culley, and Stuart McCluer<br>1825 K Street NW, Ste. 700<br>Washington, DC 20006<br>(202) 783-6400<br>mparfitt@ashcraftlaw.com<br>bmcculley@ashcraftlaw.com<br>smccluer@ashcraftlaw.com |
| **Dr. Tina Lynch**<br>c/o Warren T. Burns<br>Burns Charest LLP<br>900 Jackson St., Ste. 500<br>Dallas, TX 75202<br>(469) 904-4550<br>wburns@burnscharest.com |
| **Nancy C. Hicks**<br>c/o John R. Bevis |

---

[1] The last four digits of the Debtor's taxpayer identification number are 8508. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

| |
|---|
| 31 Atlanta St<br>Marietta, GA 30060<br>(770) 778-7589<br>bevis@barneslawgroup.com |
| **Deborah Schultz**<br>c/o Mark P. Robinson, Jr.<br>19 Corporate Plaza Drive<br>Newport Beach, CA 92660<br>(949) 720-1288<br>Mrobinson@robinsonfirm.com |
| **Erika Tarlow**<br>c/o Christopher R. LoPalo<br>Napoli Shkolnik<br>1302 Ave. Ponce de Leon<br>San Juan, P.R. 00907<br>(212) 397-1000<br>clopalo@nsprlaw.com |
| **Kim Carney**<br>c/o James G. Onder<br>110 E. Lockwood Ave.<br>Saint Louis, MO 63119<br>(314) 963-9000<br>onder@onderlaw.com |
| **Kellie R. Brewer**<br>c/o Nabil Majed Nachawati<br>5489 Blair Road<br>Dallas, TX 75231<br>(214) 461-6170<br>mn@ntrial.com |
| **Kevin Nesko**<br>c/o Christopher M. Placitella<br>127 Maple Ave.<br>Red Bank, NJ 07701<br>(732) 747-9003<br>cplacitella@cprlaw.com |
| **Rhonda McKey**<br>c/o Anne Andrews<br>4701 Von Karman Aven., Ste. 300<br>Newport Beach, CA 92660<br>(949) 748-1000<br>aa@andrewsthornton.com |

| |
|---|
| **Patricia Ann Weth**<br>c/o Jeff T. Seldomridge<br>108 Railroad Ave.<br>Orange, VA 22960<br>(866) 529-3323<br>jseldomridge@millerfirmllc.com |
| **Blue Cross Blue Shield of Massachusetts**<br>c/o Elizabeth Carter<br>Hill Hill Carter Franco Cole & Black PC<br>425 S. Perry St.<br>Montgomery, AL 36104<br>(334) 386-4337<br>ecarter@hillhillcarter.com |

Dated: October 22, 2024

            KEVIN M. EPSTEIN
            UNITED STATES TRUSTEE
            REGION 7

            By: */s/ Jayson B. Ruff*
            Jayson B. Ruff
            Trial Attorney
            Michigan Bar No. P69893
            Office of the United States Trustee
            515 Rusk Avenue, Suite 3516
            Houston, TX 77002
            (713) 718-4662
            Jayson.b.ruff@usdoj.gov

CERTIFICATE OF SERVICE

   I hereby certify that a true and correct copy of the foregoing was served by electronic means on all PACER participants who have requested notice on this 22nd day of October 2024.

            */s/Jayson B. Ruff*
            Jayson B. Ruff