**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| RED RIVER TALC LLC,[1] | Case No. 24-90505 (CML) |
| Debtor. | |

**AGENDA FOR MATTERS SET FOR VIRTUAL STATUS CONFERENCE**
**ON OCTOBER 30, 2024 AT 1:00 P.M. (PREVAILING CENTRAL TIME)**

TO THE HONORABLE CHRISTOPHER M. LOPEZ:

The above-captioned debtor (the "Debtor") files this Agenda of matters set for ***virtual***

***status conference*** on **October 30, 2024 at 1:00 p.m. (prevailing Central Time)** before the

Honorable Judge Christopher M. Lopez, United States Bankruptcy Judge, Courtroom 401,

4th Floor, 515 Rusk Street, Houston, Texas 77002:

1.      **Case Management Order.**

   **Status**:  The parties intend to discuss the status of the Case Management Order with the
   Court.

   **Related Documents:**

   (a)      Coalition of Counsel for Justice for Talc Claimants Letter to the Court [Dkt. 295]
            (the "Coalition Letter").

   (b)      Debtor's Response to the Coalition Letter [Dkt. 298].

*[Remainder of Page Intentionally Left Blank]*

---

[1]      The last four digits of the Debtor's taxpayer identification number are 8508.  The Debtor's address is
         501 George Street, New Brunswick, New Jersey 08933.

NAI-1541652878

Dated:  October 29, 2024
Houston, Texas

Respectfully submitted,

*/s/ John F. Higgins*
John F. Higgins (TX 09597500)
M. Shane Johnson (TX 24083263)
Megan Young-John (TX 24088700)
James A. Keefe (TX 24122842)
PORTER HEDGES LLP
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile:  (713) 228-1331
jhiggins@porterhedges.com
sjohnson@porterhedges.com
myoung-john@porterhedges.com
jkeefe@porterhedges.com

Gregory M. Gordon (TX 08435300)
Dan B. Prieto (TX 24048744)
Amanda Rush (TX 24079422)
JONES DAY
2727 N. Harwood Street
Dallas, Texas 75201
Telephone:  (214) 220-3939
Facsimile:   (214) 969-5100
gmgordon@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com

- and –

Brad B. Erens (IL 06206864)
Caitlin K. Cahow (IL 6317676)
(Admitted *pro hac vice*)
JONES DAY
110 North Wacker Drive, Suite 4800
Chicago, Illinois 60606
Telephone:  (312) 782-3939
Facsimile:   (312) 782-8585
bberens@jonesday.com
ccahow@jonesday.com

PROPOSED ATTORNEYS FOR DEBTOR

-2-

-3-

## Certificate of Service

I certify that on October 29, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas, and will be served as set forth in the Affidavit of Service to be filed by the Debtor's claims, noticing and solicitation agent.

/s/ John F. Higgins
John F. Higgins

NAI-1541652878