**EXHIBIT B**

# Section 1: 10-K (HONEYWELL INTERNATIONAL INC. FORM 10-K)

```
===============================================================================

                              UNITED STATES
                  SECURITIES AND EXCHANGE COMMISSION
                        WASHINGTON, D.C. 20549

                              FORM 10-K

        [x] ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d)
              OF THE SECURITIES EXCHANGE ACT OF 1934

           For the fiscal year ended December 31, 2001
                              -----------------
                                   OR

        [ ] TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d)
              OF THE SECURITIES EXCHANGE ACT OF 1934

           For the transition period from       to
                  Commission file number 1-8974
                              ------

                  HONEYWELL INTERNATIONAL INC.
         (Exact name of registrant as specified in its charter)



         DELAWARE                              22-2640650
- --------------------------------    ------------------------------------
    (State or other jurisdiction of            (I.R.S. Employer
      incorporation or organization)           Identification No.)

         101 Columbia Road
         P.O. Box 4000
      Morristown, New Jersey                     07962-2497
- --------------------------------    ------------------------------------
(Address of principal executive offices)        (Zip Code)


Registrant's telephone number, including area code (973)455-2000
                                                    -------------
Securities registered pursuant to Section 12(b) of the Act:



                                      Name of Each Exchange
      Title of Each Class              on Which Registered
- --------------------------------    ------------------------------------
Common Stock, par value $1 per share*    New York Stock Exchange
                                         Chicago Stock Exchange
                                          Pacific Exchange
9 7/8% Debentures due June 1, 2002       New York Stock Exchange
9.20% Debentures due February 15, 2003   New York Stock Exchange
Zero Coupon Serial Bonds due 2009        New York Stock Exchange
9 1/2% Debentures due June 1, 2016       New York Stock Exchange


- ---------
* The common stock is also listed for trading on the London stock exchange.

Securities registered pursuant to Section 12(g) of the Act:  None

Indicate by check mark whether the Registrant (1) has filed all reports required
to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during
the preceding 12 months (or for such shorter period that the Registrant was
required to file such reports), and (2) has been subject to such filing
requirements for the past 90 days. Yes  X   No
                                        ---     ---
Indicate by check mark if disclosure of delinquent filers pursuant to Item 405
of Regulation S-K is not contained herein, and will not be contained, to the
best of Registrant's knowledge, in definitive proxy or information statements
incorporated by reference in Part III of this Form 10-K or any amendment to this
```

| | | | |
|---|---|---|---|
| Income (loss) before taxes.................................... | | | 2,248 |
| Tax expense (benefit)........................................ | (323) | 739 | 707 |
| Net income (loss)............................................ | $ (99) | $ 1,659 | $ 1,541 |
| Earnings (loss) per share of common stock -- basic.......... | $ (0.12) | $ 2.07 | $ 1.95 |
| Earnings (loss) per share of common stock -- assuming dilution..................................................... | $ (0.12) | $ 2.05 | $ 1.90 |

The Notes to Financial Statements are an integral part of this statement.

26

HONEYWELL INTERNATIONAL INC.
CONSOLIDATED BALANCE SHEET

| | DECEMBER 31, | |
|---|---|---|
| | 2001 | 2000 |
| | (DOLLARS IN MILLIONS) | |
| **ASSETS** | | |
| Current assets: | | |
| Cash and cash equivalents................................... | $ 1,393 | $ 1,196 |
| Accounts and notes receivable............................... | 3,620 | 4,623 |
| Inventories................................................. | 3,355 | 3,734 |
| Other current assets........................................ | 1,526 | 1,108 |
| Total current assets........................... | 9,894 | 10,661 |
| Investments and long-term receivables....................... | 466 | 748 |
| Property, plant and equipment -- net........................ | 4,933 | 5,230 |
| Goodwill -- net............................................. | 5,441 | 5,600 |
| Other intangible assets -- net.............................. | 915 | 844 |
| Other assets................................................ | 2,577 | 2,092 |
| Total assets..................................... | $24,226 | $25,175 |
| **LIABILITIES** | | |
| Current liabilities: | | |
| Accounts payable........................................... | $ 1,862 | $ 2,364 |
| Short-term borrowings...................................... | 120 | 110 |
| Commercial paper........................................... | 3 | 1,192 |
| Current maturities of long-term debt....................... | 416 | 380 |
| Accrued liabilities........................................ | 3,819 | 3,168 |
| Total current liabilities...................... | 6,220 | 7,214 |
| Long-term debt.............................................. | 4,731 | 3,941 |
| Deferred income taxes....................................... | 875 | 1,173 |
| Postretirement benefit obligations other than pensions...... | 1,845 | 1,887 |
| Other liabilities.......................................... | 1,385 | 1,253 |
| CONTINGENCIES | | |
| **SHAREOWNERS' EQUITY** | | |
| Capital -- common stock -- Authorized 2,000,000,000 shares (par value $1 per share): | | |
| -- issued 957,599,900 shares...................... | 958 | 958 |
| -- additional paid-in capital..................... | 3,015 | 2,782 |
| Common stock held in treasury, at cost: | | |
| 2001 -- 142,633,419 shares; 2000 -- 150,308,455 shares............................................. | (4,252) | (4,296) |
| Accumulated other nonowner changes.......................... | (835) | (729) |
| Retained earnings.......................................... | 10,284 | 10,992 |
| Total shareowners' equity...................... | 9,170 | 9,707 |
| Total liabilities and shareowners' equity....... | $24,226 | $25,175 |

```
      -------    -------
```

The Notes to Financial Statements are an integral part of this statement.

27

HONEYWELL INTERNATIONAL INC.
CONSOLIDATED STATEMENT OF CASH FLOWS

|  | YEARS ENDED DECEMBER 31, | | |
|---|---|---|---|
|  | 2001 | 2000 | 1999 |
|  | (DOLLARS IN MILLIONS) | | |
| **CASH FLOWS FROM OPERATING ACTIVITIES** | | | |
| Net income (loss)......................................... | $  (99) | $ 1,659 | $ 1,541 |
| Adjustments to reconcile net income (loss) to net cash provided by operating activities: | | | |
| (Gain) on sale of non-strategic businesses.......... | -- | (112) | (106) |
| (Gain) on disposition of investment in AMP Incorporated...................................... | -- | -- | (268) |
| Merger, repositioning and other charges............. | 2,795 | 966 | 1,287 |
| Litton settlement payment........................... | (220) | -- | -- |
| Depreciation and amortization....................... | 926 | 995 | 881 |
| Undistributed earnings of equity affiliates......... | (1) | (4) | (39) |
| Deferred income taxes............................... | (456) | 414 | (11) |
| Net taxes paid on sales of businesses and investments....................................... | (42) | (97) | (246) |
| Retirement benefit plans............................ | (380) | (509) | (313) |
| Other............................................... | (176) | (199) | 148 |
| Changes in assets and liabilities, net of the effects of acquisitions and divestitures: | | | |
| Accounts and notes receivable................... | 651 | (560) | (54) |
| Inventories..................................... | 168 | (45) | 90 |
| Other current assets........................... | 51 | (73) | (39) |
| Accounts payable............................... | (400) | 186 | 121 |
| Accrued liabilities............................ | (821) | (632) | (618) |
| Net cash provided by operating activities..... | 1,996 | 1,989 | 2,374 |
| **CASH FLOWS FROM INVESTING ACTIVITIES** | | | |
| Expenditures for property, plant and equipment.......... | (876) | (853) | (986) |
| Proceeds from disposals of property, plant and equipment............................................ | 46 | 127 | 67 |
| Decrease in investments................................ | -- | 88 | -- |
| (Increase) in investments.............................. | -- | (3) | (20) |
| Proceeds from disposition of investment in AMP Incorporated........................................ | -- | -- | 1,164 |
| Cash paid for acquisitions............................. | (122) | (2,523) | (1,311) |
| Proceeds from sales of businesses...................... | 44 | 467 | 784 |
| Decrease (increase) in short-term investments.......... | 2 | (17) | 11 |
| Net cash (used for) investing activities...... | (906) | (2,714) | (291) |
| **CASH FLOWS FROM FINANCING ACTIVITIES** | | | |
| Net (decrease) increase in commercial paper............. | (1,189) | (831) | 250 |
| Net (decrease) increase in short-term borrowings........ | 9 | (191) | 156 |
| Proceeds from issuance of common stock.................. | 79 | 296 | 419 |
| Proceeds from issuance of long-term debt................ | 1,237 | 1,810 | 25 |
| Payments of long-term debt............................. | (390) | (389) | (375) |
| Repurchases of common stock............................ | (30) | (166) | (1,058) |
| Cash dividends on common stock......................... | (609) | (599) | (527) |
| Net cash (used for) financing activities...... | (893) | (70) | (1,110) |
| Net increase (decrease) in cash and cash equivalents....... | 197 | (795) | 973 |
| Cash and cash equivalents at beginning of year............. | 1,196 | 1,991 | 1,018 |
| Cash and cash equivalents at end of year................... | $ 1,393 | $ 1,196 | $ 1,991 |

The Notes to Financial Statements are an integral part of this statement.

HONEYWELL INTERNATIONAL INC.
CONSOLIDATED STATEMENT OF SHAREOWNERS' EQUITY

| | COMMON STOCK ISSUED | | ADDITIONAL PAID-IN CAPITAL | COMMON STOCK HELD IN TREASURY | | ACCUMULATED OTHER NON-OWNER CHANGES | RETAINED EARNINGS | TOTAL SHAREOWNERS' EQUITY |
|---|---|---|---|---|---|---|---|---|
| | SHARES | AMOUNT | | SHARES | AMOUNT | | | |
| | (IN MILLIONS EXCEPT PER SHARE AMOUNTS) | | | | | | | |
| BALANCE AT DECEMBER 31, 1998......... | 953.3 | $953 | $1,719 | (158.0) | $(3,413) | $ (94) | $ 8,918 | $8,083 |
| Net income........................... | | | | | | | 1,541 | 1,541 |
| Foreign exchange translation adjustments......................... | | | | | | (126) | | (126) |
| Minimum pension liability adjustment........................... | | | | | | (43) | | (43) |
| Unrealized holding loss on marketable securities............... | | | | | | (92) | | (92) |
| Nonowner changes in shareowners' equity.............................. | | | | | | | | 1,280 |
| Common stock issued for employee benefit plans (including related tax benefits of $237)............... | 4.7 | 5 | 602 | 14.5 | 125 | | | 732 |
| Repurchases of common stock.......... | | | | (18.9) | (966) | | | (966) |
| Cash dividends on common stock ($.68 per share).................... | | | | | | | (527) | (527) |
| Other................................ | (0.4) | | (3) | | | | | (3) |
| BALANCE AT DECEMBER 31, 1999......... | 957.6 | 958 | 2,318 | (162.4) | (4,254) | (355) | 9,932 | 8,599 |
| Net income........................... | | | | | | | 1,659 | 1,659 |
| Foreign exchange translation adjustments......................... | | | | | | (377) | | (377) |
| Unrealized holding gain on marketable securities............... | | | | | | 3 | | 3 |
| Nonowner changes in shareowners' equity.............................. | | | | | | | | 1,285 |
| Common stock issued for employee benefit plans (including related tax benefits of $139)............... | | | 464 | 16.0 | 120 | | | 584 |
| Repurchases of common stock.......... | | | | (4.3) | (166) | | | (166) |
| Cash dividends on common stock ($.75 per share).................... | | | | | | | (599) | (599) |
| Other................................ | | | | 0.4 | 4 | | | 4 |
| BALANCE AT DECEMBER 31, 2000......... | 957.6 | 958 | 2,782 | (150.3) | (4,296) | (729) | 10,992 | 9,707 |
| Net loss............................. | | | | | | | (99) | (99) |
| Foreign exchange translation adjustments......................... | | | | | | (51) | | (51) |
| Minimum pension liability adjustment........................... | | | | | | (47) | | (47) |
| Unrealized holding loss on marketable securities............... | | | | | | (3) | | (3) |
| Change in fair value of effective cash flow hedges.................... | | | | | | (5) | | (5) |
| Nonowner changes in shareowners' equity.............................. | | | | | | | | (205) |
| Common stock issued for employee benefit plans (including related tax benefits of $38)................ | | | 225 | 8.1 | 71 | | | 296 |
| Repurchases of common stock.......... | | | | (0.8) | (30) | | | (30) |
| Cash dividends on common stock ($.75 per share)..................... | | | | | | | (609) | (609) |
| Other................................ | | | 8 | 0.4 | 3 | | | 11 |
| BALANCE AT DECEMBER 31, 2001......... | 957.6 | $958 | $3,015 | (142.6) | $(4,252) | $(835) | $10,284 | $9,170 |

ENVIRONMENTAL MATTERS -- We are subject to various federal, state and local government requirements relating to the protection of employee health and safety and the environment. We believe that, as a general matter, our policies, practices and procedures are properly designed to prevent unreasonable risk of environmental damage and personal injury to our employees and employees of our customers and that our handling, manufacture, use and disposal of hazardous or toxic substances are in accord with environmental laws and regulations. However, mainly because of past operations and operations of predecessor companies, we, like other companies engaged in similar businesses, have incurred remedial response and voluntary cleanup costs for site contamination and are a party to lawsuits and claims associated with environmental matters, including past production of products containing toxic substances. Additional lawsuits, claims and costs involving environmental matters are likely to continue to arise in the future.

With respect to environmental matters involving site contamination, we continually conduct studies, individually at our owned sites, and jointly as a member of industry groups at non-owned sites, to determine the feasibility of various remedial techniques to address environmental matters. With respect to environmental matters involving the production of products containing toxic substances, we believe that the costs of defending and resolving such matters will be largely covered by insurance, subject to deductibles, exclusions, retentions and policy limits. It is our policy (see Note 1) to record appropriate liabilities for environmental matters when environmental assessments are made or remedial efforts or damage claim payments are probable and the costs can be reasonably estimated. With respect to site contamination, the timing of these accruals is generally no later than the completion of feasibility studies. We expect that we will be able to fund expenditures for these matters from operating cash flow. The timing of cash expenditures depends on a number of factors, including the timing of litigation and settlements of personal injury and property damage claims, insurance recoveries, regulatory approval of cleanup projects, remedial techniques to be utilized and agreements with other parties.

Although we do not currently possess sufficient information to reasonably estimate the amounts of liabilities to be recorded upon future completion of studies, litigation or settlements, and neither the timing nor the amount of the ultimate costs associated with environmental matters can be determined, they could be material to our consolidated results of operations. However, considering our past experience, insurance coverage and reserves, we do not expect that these matters will have a material adverse effect on our consolidated financial position.

ASBESTOS MATTERS -- Like more than a thousand other industrial companies, Honeywell is a defendant in personal injury actions related to asbestos. Our involvement is limited because we did not mine or produce asbestos, nor did we make or sell insulation products or other construction materials that have been identified as the primary cause of asbestos-related disease in the vast majority of claimants. Rather, we made several products that contained small amounts of asbestos.

Honeywell's Bendix Friction Materials business manufactured automotive brake pads that included asbestos in an encapsulated form. There is a limited group of potential claimants consisting largely of professional brake mechanics. During the twenty-year period from 1981 through 2001, we have resolved approximately 53,000 Bendix claims at an average cost per claim of one thousand dollars. Honeywell has had no out-of-pocket costs for these cases since its insurance deductible was satisfied many years ago. There are currently approximately 47,000 claims pending and we have no reason to believe that the historic rate of dismissal will change. We have $2 billion of insurance remaining.

Another source of claims is refractory products (high temperature bricks and cement) sold largely to the steel industry in the East and Midwest by North American Refractories Company (NARCO), a business we owned from 1979 to 1986. Less than 2 percent of NARCO's products contained asbestos.

When we sold the NARCO business in 1986, we agreed to indemnify NARCO with respect to personal injury claims for products that had been discontinued prior to the sale (as defined in the sale agreement). NARCO retained all liability for all other claims. NARCO has resolved approximately

51

HONEYWELL INTERNATIONAL INC.

NOTES TO FINANCIAL STATEMENTS -- (CONTINUED)
(DOLLARS IN MILLIONS EXCEPT PER SHARE AMOUNTS)

176,000 claims in the past 18 years at an average cost per claim of two thousand two hundred dollars. Of those claims, 43 percent were dismissed on the ground that there was insufficient evidence that NARCO was responsible for the

claimant's asbestos exposure. There are approximately 116,000 claims currently pending against NARCO, including approximately 7 percent in which Honeywell is also named as a defendant. During the past 18 years, Honeywell and our insurers have contributed to the cost of the NARCO defense. We have in excess of $1.2 billion of insurance remaining that can be specifically allocated to NARCO-related liability.

On January 4, 2002, NARCO filed for reorganization under Chapter 11 of the U.S. Bankruptcy Code. As a result, all of the claims pending against NARCO are automatically stayed pending the reorganization of NARCO. In addition, because the claims pending against Honeywell necessarily will impact the liabilities of NARCO, because the insurance policies held by Honeywell are essential to a successful NARCO reorganization, and because Honeywell has offered to commit those policies to the reorganization, the bankruptcy court has temporarily enjoined any claims against Honeywell, current or future, related to NARCO. In connection with NARCO's bankruptcy filing, we paid NARCO's parent company $40 million and have agreed to provide NARCO with up to $20 million in financing. We have also agreed to pay $20 million to NARCO's parent company upon the filing of a plan of reorganization for NARCO acceptable to Honeywell, and to pay NARCO's parent company $40 million, and to forgive any outstanding NARCO indebtedness, upon the confirmation and consummation of such a plan.

We believe that, as part of the NARCO plan of reorganization, a trust will be established for the benefit of all asbestos claimants, current and future. Honeywell intends to contribute its insurance coverage (which is in excess of $1.2 billion) to the trust in exchange for its indemnity obligation to NARCO. If that trust is put in place and approved by the court as fair and equitable, Honeywell as well as NARCO will be entitled to a permanent channeling injunction barring all present and future individual actions in state or federal courts and requiring all asbestos-related claims based on exposure to NARCO products to be made against the federally-supervised trust. In our view, our existing insurance plus the existing NARCO assets should be sufficient to fund the trust. There is no assurance that a stay will remain in effect, that a plan of reorganization will be proposed or confirmed, or that any plan that is confirmed will provide relief to Honeywell.

Although it is impossible to predict the outcome of pending or future claims or the NARCO bankruptcy, in light of the nature of the potential exposure, our experience over the past 20 years in resolving asbestos-related claims, our insurance coverage, our existing reserves and the NARCO bankruptcy proceeding, we do not believe that asbestos-related claims will have a material adverse effect on our consolidated results of operations or financial position.

OTHER MATTERS -- We are subject to a number of other lawsuits, investigations and claims (some of which involve substantial amounts) arising out of the conduct of our business. With respect to all these other matters, including those relating to commercial transactions, government contracts, product liability and non-environmental health and safety matters, while the ultimate results of these lawsuits, investigations and claims cannot be determined, we do not expect that these matters will have a material adverse effect on our consolidated results of operations or financial position.

We have issued or are a party to various direct and indirect guarantees of the debt of unconsolidated affiliates and third parties of $80 million. We do not expect that these guarantees will have a material adverse effect on our consolidated results of operations, financial position or liquidity.

NOTE 23 -- PENSION AND OTHER POSTRETIREMENT BENEFITS

We maintain pension plans covering the majority of our employees and retirees, and postretirement benefit plans for retirees that include health care benefits and life insurance coverage. Pension benefits for substantially all U.S. employees are provided through non-contributory, defined benefit pension plans. Employees in foreign countries, who are not U.S. citizens, are covered by

52

HONEYWELL INTERNATIONAL INC.

NOTES TO FINANCIAL STATEMENTS -- (CONTINUED)
(DOLLARS IN MILLIONS EXCEPT PER SHARE AMOUNTS)

various retirement benefit arrangements, some of which are considered to be defined benefit pension plans for accounting purposes. Our retiree medical plans cover U.S. and Canadian employees who retire with pension eligibility for hospital, professional and other medical services. Most of the U.S. retiree medical plans require deductibles and copayments, and virtually all are integrated with Medicare. Retiree contributions are generally required based on coverage type, plan and Medicare eligibility. The retiree medical and life insurance plans are not funded. Claims and expenses are paid from our general