**EXHIBIT C**

9/26/2018

Case 24-90505 Document 425-3 Filed in TXSB on 11/06/24 Page 2 of 2
HON 10.12.2 +0.10% : Honeywell International Inc. Yahoo Finance

