**EXHIBIT E**

```
<DOCUMENT>
<TYPE>10-Q
<SEQUENCE>1
<FILENAME>c07043e10vq.txt
<DESCRIPTION>QUARTERLY REPORT
<TEXT>
<PAGE>
```

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

FORM 10-Q

(Mark One)

[X]   QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE
      ACT OF 1934

      For the quarterly period ended June 30, 2006

OR

[ ]   TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES
      EXCHANGE ACT OF 1934

      For the transition period from _____ to _____

Commission File Number 1-8864

USG CORPORATION
(Exact name of registrant as specified in its charter)

| Delaware | 36-3329400 |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

| 125 South Franklin Street, Chicago, Illinois | 60606-4678 |
|---|---|
| (Address of principal executive offices) | (Zip code) |

Registrant's telephone number, including area code (312) 606-4000

Indicate by check mark whether the registrant (1) has filed all reports required
to be filed by section 13 or 15(d) of the Securities Exchange Act of 1934 during
the preceding 12 months (or for such shorter period that the registrant was
required to file such reports), and (2) has been subject to such filing
requirements for the past 90 days. Yes  X  No
                                       ---    ---

Indicate by check mark whether the registrant is a large accelerated filer, an
accelerated filer, or a non-accelerated filer. See definition of accelerated
filer and large accelerated filer in Rule 12b-2 of the Exchange Act.
Large accelerated filer  X  Accelerated filer     Non-accelerated filer
                        ---                   ---                        ---

Indicate by check mark whether the registrant is a shell company (as defined in
Rule 12b-2 of the Exchange Act). Yes     No  X
                                     ---    ---

Indicate by check mark whether the registrant has filed all documents and
reports required to be filed by Section 12, 13, or 15(d) of the Securities
Exchange Act of 1934 subsequent to the distribution of securities under a plan
confirmed by a court. Yes     No     Not applicable. Although the registrant was
                          ---    ---
involved in bankruptcy proceedings during the preceding five years, it did not
distribute securities under its confirmed plan of reorganization.

The number of shares of the registrant's common stock outstanding as of August
2, 2006 was 89,849,117.

```
<PAGE>
```

TABLE OF CONTENTS

|                                    | ========== | ========== | ========== | ========== |
|------------------------------------|-----------:|-----------:|-----------:|-----------:|
| Earnings per Common Share:         |            |            |            |            |
| Basic                              | 3.03       | 1.97       | 0.60       | 3.35       |
| Diluted                            | 3.03       | 1.96       | 0.60       | 3.33       |
| Average common shares              | 57,940,444 | 56,164,457 | 57,830,385 | 56,021,993 |
| Average diluted common shares      | 58,036,034 | 56,454,686 | 57,933,191 | 56,263,843 |

</TABLE>

See accompanying Notes to Consolidated Financial Statements.

-3-

<PAGE>

USG CORPORATION
CONSOLIDATED BALANCE SHEETS
(DOLLARS IN MILLIONS)
(UNAUDITED)

<TABLE>
<CAPTION>

|                                                                              | AS OF JUNE 30, 2006 | AS OF DECEMBER 31, 2005 |
|------------------------------------------------------------------------------|--------------------:|------------------------:|
| <S>                                                                          | <C>                 | <C>                     |
| ASSETS                                                                       |                     |                         |
| Current Assets:                                                              |                     |                         |
| Cash and cash equivalents                                                    | $   587             | $   936                 |
| Short-term marketable securities                                             | 69                  | 234                     |
| Restricted cash                                                              | 7                   | 78                      |
| Receivables (net of reserves - $16 and $14)                                  | 579                 | 453                     |
| Inventories                                                                  | 361                 | 315                     |
| Income taxes receivable                                                      | 329                 | 6                       |
| Deferred income taxes                                                        | 1,247               | 2                       |
| Other current assets                                                         | 156                 | 155                     |
| Total current assets                                                         | 3,335               | 2,179                   |
| Long-term marketable securities                                              | --                  | 329                     |
| Property, plant and equipment (net of accumulated depreciation and depletion - $1,054 and $982) | 2,035 | 1,946             |
| Deferred income taxes                                                        | --                  | 1,423                   |
| Goodwill                                                                     | 105                 | 64                      |
| Other assets                                                                 | 182                 | 201                     |
| Total Assets                                                                 | 5,657               | 6,142                   |
| LIABILITIES AND STOCKHOLDERS' EQUITY (DEFICIT)                               |                     |                         |
| Current Liabilities:                                                         |                     |                         |
| Accounts payable                                                             | 368                 | 281                     |
| Accrued expenses                                                             | 868                 | 275                     |
| Note payable to Section 524(g) asbestos trust                               | 10                  | --                      |
| Contingent note payable to Section 524(g) asbestos trust                    | 3,050               | --                      |
| Short-term debt                                                              | 749                 | --                      |
| Deferred income taxes                                                        | --                  | 6                       |
| Income taxes payable                                                         | 53                  | 38                      |
| Total current liabilities                                                    | 5,098               | 600                     |
| Long-term debt                                                               | 239                 | --                      |
| Deferred income taxes                                                        | 137                 | 28                      |
| Other liabilities                                                            | 496                 | 476                     |
| Liabilities subject to compromise                                            | --                  | 5,340                   |
| Commitments and contingencies                                                |                     |                         |
| Stockholders' Equity (Deficit):                                              |                     |                         |
| Preferred stock                                                              | --                  | --                      |
| Common stock                                                                 | 5                   | 5                       |
| Treasury stock                                                               | (209)               | (219)                   |
| Capital received in excess of par value                                      | 444                 | 435                     |
| Accumulated other comprehensive income                                       | 7                   | 72                      |
| Retained earnings (deficit)                                                  | (560)               | (595)                   |
| Total stockholders' equity (deficit)                                         | (313)               | (302)                   |
| Total Liabilities and Stockholders' Equity (Deficit)                         | 5,657               | 6,142                   |

</TABLE>

See accompanying Notes to Consolidated Financial Statements.