**EXHIBIT F**



Home > Investing > Stocks > USA > NYSE > Usg Corp. (USG)  > Usg Corp. (USG) Historical

## Usg Corp.  (USG)
NYSE

Add to Watchlist

Quote Look

**43.48**

● 0.00 (0.00%)

At close: November 04 4:00PM    Delayed by 15 minutes

**43.48**

● 0 (0)

After Hours:  -    Delayed by 15 minutes

Quote | Chart | Level 2 | Trades | News | **Historical** | Board | AI Analysis



### USG Historical Summary

| Period | Change | Change % | Open | High | Low | Avg. Daily Vol |
|---|---|---|---|---|---|---|
| 1 week | 0.00 | 0.00% | 0.00 | 0.00 | 0.00 | 0.00 |
| 1 month | 0.00 | 0.00% | 0.00 | 0.00 | 0.00 | 0.00 |
| 3 months | 0.00 | 0.00% | 0.00 | 0.00 | 0.00 | 0.00 |
| 6 months | 0.00 | 0.00% | 0.00 | 0.00 | 0.00 | 0.00 |
| 1 year | 0.00 | 0.00% | 0.00 | 0.00 | 0.00 | 0.00 |
| 3 years | 0.00 | 0.00% | 0.00 | 0.00 | 0.00 | 0.00 |
| 5 years | 0.00 | 0.00% | 0.00 | 0.00 | 0.00 | 0.00 |



USG    43.48
USG    0.00 (0.00%)

43.48
43.48
43.48
43.48
43.48

Jan '24    Jul '24

## Your Hub for Real-Time streaming quotes, Ideas and Live Discussions

Sign Up    Premium

| | Time Frame: | **Daily** | Date Range: | 2006-08-02 - 2006-08-03 | Download CSV |

| Date | Close | Change | Change % | Open | High | Low |
|---|---|---|---|---|---|---|
| 2 Aug 2006 | 45.87 | -0.49 | -1.06% | 44.69 | 46.23 | 44.69 |

1 to 1 of 1    I<    <    Page 1 of 1    >    >I

Support