# **EXHIBIT H**



| | Search | Monitor | Quote | Level 2 | Movers | Portfolio | Markets | Crypto | More ⌄ | ✦AI | Sign In | Premium | |

Level up your trading with our powerful tools and real-time insights all in one place.

**Get Started**

Home > Investing > Stocks > USA > NYSE > WR Grace and Co (GRA)  > WR Grace and Co (GRA) Historical

## WR Grace and Co  (GRA)

NYSE

Add to Watchlist

Quote Look

### 69.99

● 0.00 (0.00%)

At close: November 04 4:00PM   **Delayed by 15 minutes**

### 69.99

● 0 (0)

After Hours:  -   **Delayed by 15 minutes**

| Quote | Chart | Level 2 | Trades | News | **Historical** | Board | AI Analysis |

## GRA Historical Summary

| Period | Change | Change % | Open | High | Low | Avg. Daily Vol |
|---|---|---|---|---|---|---|
| 1 week | 0.00 | 0.00% | 0.00 | 0.00 | 0.00 | 0 |
| 1 month | 0.00 | 0.00% | 0.00 | 0.00 | 0.00 | 0 |
| 3 months | 0.00 | 0.00% | 0.00 | 0.00 | 0.00 | 0 |
| 6 months | 0.00 | 0.00% | 0.00 | 0.00 | 0.00 | 0 |
| 1 year | 0.00 | 0.00% | 0.00 | 0.00 | 0.00 | 0 |
| 3 years | 0.00 | 0.00% | 0.00 | 0.00 | 0.00 | 0 |
| 5 years | 0.00 | 0.00% | 0.00 | 0.00 | 0.00 | 0 |



WR Grace   69.99
GRA   0.00 (0.00%)

69.99
69.99
69.99
69.99

Jan '24   Jul '24

## Professional-Grade Tools, for Individual Investors.

Sign Up        Premium

| Time Frame: | **Daily** | Date Range: | 2014-01-31 - 2014-02-01 | **Download CSV** |

| Date | Close | Change | Change % | Open | High | Low |
|---|---|---|---|---|---|---|
| 31 Jan 2014 | 94.32 | 0.04 | 0.04% | 93.19 | 95.69 | 93.15 |

1 to 1 of 1   |<   <   Page 1 of 1   >   >|

Support