**EXHIBIT J**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **DOW CORNING CORPORATION** | § | **CASE NO. 95-20512** |
| | § | **(CHAPTER 11)** |
| **DEBTOR** | § | |
| | § | **Judge Arthur J. Spector** |

## AMENDED JOINT DISCLOSURE STATEMENT WITH
## RESPECT TO AMENDED JOINT PLAN OF REORGANIZATION

Barbara J. Houser
Craig J. Litherland
David Ellerbe
Thomas S. Henderson
**SHEINFELD, MALEY & KAY,**
**A Professional Corporation**
1700 Pacific Avenue, Suite 4400
Dallas, Texas 75201-4618

**ATTORNEYS FOR**
**DOW CORNING**
**CORPORATION**

Kenneth H. Eckstein
Jeffrey S. Trachtman
Philip Bentley
**KRAMER LEVIN NAFTALIS &**
**FRANKEL LLP**
919 Third Avenue
New York, New York 10022-3850

**ATTORNEYS FOR**
**OFFICIAL COMMITTEE**
**OF TORT CLAIMANTS**

**DATED:** February 4, 1999

**EXHIBIT ''F''**
**(to Amended Joint Disclosure Statement with Respect to**
**Amended Joint Plan of Reorganization)**

**EXHIBIT F**

## PROJECTED FINANCIAL STATEMENTS

The Debtor believes that the Plan meets the Bankruptcy Code's feasibility requirement that plan confirmation is not likely to be followed by a liquidation, or the need for further financial reorganization of the Debtor or any successor of the Debtor under the Plan. In connection with the development of the Plan, and for the purpose of determining whether the Plan satisfies this feasibility standard, the Debtor analyzed its ability to satisfy its financial obligations while maintaining sufficient liquidity and capital resources. In this regard, the management of the Debtor prepared financial projections for the period from fiscal year 1998 through 2002 (the ''Projection Period'') (the ''Projections''). The Projections and certain of the underlying assumptions are summarized below.

The Debtor does not, as a matter of course, publish its business plan or make projections of its anticipated financial position or results of operations. Accordingly, the Debtor does not anticipate that it will, and disclaims any obligation to, furnish updated business plans or projections to holders of Claims prior to the Effective Date or holders of Senior Notes after the Effective Date, or to include such information in documents required to be filed with the Securities and Exchange Commission or otherwise make such information public.

THE PROJECTIONS WERE NOT PREPARED WITH A VIEW TOWARD COMPLIANCE WITH THE GUIDELINES ESTABLISHED BY THE AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS, THE FINANCIAL ACCOUNTING STANDARDS BOARD, OR THE RULES AND REGULATIONS OF THE SECURITIES AND EXCHANGE COMMISSION REGARDING PROJECTIONS. FURTHERMORE, THE PROJECTIONS HAVE NOT BEEN AUDITED OR REVIEWED BY DOW CORNING'S INDEPENDENT CERTIFIED ACCOUNTANTS. WHILE PRESENTED WITH NUMERICAL SPECIFICITY, THE PROJECTIONS ARE BASED UPON A VARIETY OF ASSUMPTIONS, WHICH MAY NOT BE REALIZED, AND ARE SUBJECT TO SIGNIFICANT BUSINESS, ECONOMIC AND COMPETITIVE UNCERTAINTIES AND CONTINGENCIES WHICH ARE BEYOND THE CONTROL OF THE COMPANY. CONSEQUENTLY, THE PROJECTIONS SHOULD NOT BE REGARDED AS A REPRESENTATION OR WARRANTY BY DOW CORNING, OR ANY OTHER PERSON, THAT THE PROJECTIONS WILL BE REALIZED. ACTUAL RESULTS MAY VARY MATERIALLY FROM THOSE PRESENTED IN THE PROJECTIONS. HOLDERS OF CLAIMS MUST MAKE THEIR OWN DETERMINATIONS AS TO THE REASONABLENESS OF SUCH ASSUMPTIONS AND THE RELIABILITY OF THE PROJECTIONS IN MAKING THEIR DETERMINATIONS OF WHETHER TO ACCEPT OR REJECT THE PLAN.

**Principal Assumptions**

(i)   *Projections:*   In connection with its efforts to develop the Plan, DCC and its consolidated subsidiaries and joint ventures prepared the Projections. The Projections assume the Company will remain the leading manufacturer of silicone-based products worldwide.

(ii)   *Effective Date:*   The Projections assume confirmation of the Plan in accordance with its terms prior to June 30, 1999. For ease of presentation, the Projections assume that all transactions contemplated by the Plan to be consummated as of the Effective Date will be so consummated as of June 30, 1999 (the ''Effective Date''). References in the Projections to ''Predecessor'' are references to the Debtor and its consolidated subsidiaries and joint ventures for dates and periods prior to and including the assumed Effective Date. References in the Projections to ''Successor'' are references to the Reorganized Debtor and its consolidated subsidiaries and joint ventures for dates and periods from and after the assumed Effective Date.

(iii)   *Treatment of Insurance Policies: The Debtor and The Dow Chemical Company as co-insureds:*   The Debtor has estimated the amount and timing of cash it is entitled to receive from insurance policies as a source of its payments to the Settlement Trust and Litigation Trust as a result of the total nominal liabilities recognized on the balance sheet. Estimated insurance assets on the balance sheet are comprised of recoveries from all sources of insurance related funds available to the Debtor, including: (a) scheduled cash payments with respect to settlements with certain insurers which provided coverage solely to the Debtor; (b) estimate of funds the Debtor is entitled to receive from the cash in an escrow

account resulting from prior cash settlements with respect to insurance policies which provided coverage to the Debtor and The Dow Chemical Company as co-insureds (''Shared Policies''); (c) estimate of funds the Debtor is entitled to receive from coverage-in-place settlements with respect to Shared Policies; and (d) estimate of funds the Debtor is entitled to receive from carriers which have not reached a cash or coverage-in-place settlement with the Debtor, including Shared Policies. The treatment of insurance policies as reflected in the projected financial statements is based on the settlement regarding allocation of insurance proceeds and coverage. (See Section 6.2 of the Plan of Reorganization)

(iv) *Accounting Treatment of Product Liability Related Items Prior to the Effective Date:*   Prior to the fiscal year ended December 31, 1995, DCC had taken steps to reflect the anticipated financial consequences to DCC of product liability claims and related matters prior to the Bankruptcy Filing. Prior to the Bankruptcy Filing, DCC recorded sizable charges in excess of estimated insurance recoveries, recognized potential liabilities based on previous settlement negotiations, recorded related insurance receivables based on anticipated recoveries and accrued significant net deferred taxes on its books. The Projections maintain the level of product liability reserves and other balance sheet items for dates prior to the assumed Effective Date. Changes in insurance receivables for dates prior to the assumed Effective Date reflect amounts received from settlements with certain insurance carriers.

(v) *Accounting Treatment of Estimated Settlement Facility and Litigation Facility Funding Requirements—Post Effective Date:*   Proforma liabilities recognized on the balance sheet include the total nominal value of the estimated funding requirements to or on behalf of the Settlement Facility and Litigation Facility. The total maximum nominal value of the estimated funding requirements is $3,172 million based on the Funding Payment Agreement. The Projections assume the Company is required to fund the entire Annual Payment Ceiling in each Funding Period.

(vi) *Accounting Treatment of the Plan of Reorganization:*   The projected balance sheet of the Successor as of the assumed Effective Date, and the projected statements of operations and cash flows and projected financial information of the Successor for periods ending after the assumed Effective Date, do not give effect to the adoption of ''fresh start accounting'' as promulgated by the *AICPA Statement of Position 90-7* entitled ''Financial Reporting by Entities in Reorganization Under the Bankruptcy Code.''

(vii) *Reorganization Expenses:*   The Debtor has incurred and expects to continue to incur significant reorganization expenses in the bankruptcy proceeding: approximately $20 million, $50 million, $45 million, $50 million, and $18 million in 1995, 1996, 1997, 1998, and the first half of 1999, respectively. The projected expenses are comprised of the actual and necessary costs and expenses of preserving the estate and operating the Debtor's business, including wages, salaries, or commissions for services rendered after the commencement of the bankruptcy proceeding and compensation for legal, financial and other services awarded under section 330 (a) or 331 of the Bankruptcy Code.

## Operating Assumptions

1. *Market Position:*   DCC is the leading manufacturer of silicone-based products worldwide. DCC believes that it is positioned within the industry to maintain or, with respect to certain applications and business lines, increase its worldwide segment share over the Projection Period as a result of its reputation and commitment to innovation, globalization of the silicone industry and anticipated increases in demand for silicone-based products.

2. *Inflation:*   The Projections assume that the impact of inflation will be largely offset by price increases and productivity gains. Historically, the impact of inflation on DCC's financial position and results of operations has been minimal.

3. *Currency:*   DCC manufactures and markets its products on five continents. As such, DCC's assets and cash flow fluctuate, in dollar terms, with the dollar value of a number of currencies. The Projections do not undertake to specifically project possible fluctuations in the U.S. dollar value of foreign currencies. However, the projections do assume that the U.S. dollar's value in relation to applicable foreign currencies will reduce dollar denominated operating profits by approximately 8% as compared with 1997 results.

4. *Revenues:*   Sales revenue growth, which is based upon DCC's assessment of the competitive environment, macro-economic expectations and demand, is expected to be driven primarily by volume increases. The assumed volume increases are based upon, among other things, continued displacement of organic materials by silicones in various applications and the narrowing of the cost-performance gap between silicones and non-silicone materials.

5. *Operating Costs and Expenses:*   Operating costs and expenses consist of manufacturing cost of sales and marketing and administrative expenses. Manufacturing cost of sales includes the variable costs of products sold consisting primarily of (a) raw material costs, (b) variable selling expense and (c) certain fixed operating expenses.

(a) **Raw Materials:**  The Projections assume that DCC continues to source the majority of its purchases of chemical grade silicon, the principal raw material used in the production of its products, through long-term supply contracts with preferred suppliers. The Projections assume that worldwide production capacity of silicon will continue to be adequate to meet worldwide demand and that DCC will be able to procure adequate supply of silicon throughout the Projection Period. The Projections also assume that raw material cost increases will be largely offset by improvements in raw material usage and yield in DCC's manufacturing operations.

(b) **Variable Selling Expense:**  Variable selling expense includes freight, duty, sales commissions and sales allowances. Variable selling expenses are projected to be a constant percentage of sales, based on current and historical experience.

(c) **Fixed Operating Expenses:**  DCC's projected fixed expenses are based on the level of fixed manufacturing expenses, research and development (both included in manufacturing cost of sales), and marketing and administrative expenses assumed to be necessary to achieve sales and volume targets during the Projection Period. DCC will incur increasing levels of fixed operating expenses.

6. *Capital Expenditures:*  The Projections assume aggregate capital expenditures from 1998 through 2002 in an amount assumed to be sufficient to maintain DCC's manufacturing facilities, to expand production capacity to meet increasing demand, to provide for selective strategic investments and to provide the necessary capital improvements to comply with environmental regulations. The Projections assume that all capital expenditures are funded with internally generated cash with the exception of Hemlock Semiconductor Corporation (''HSC''), a majority owned joint venture (see *Minority Interests in Consolidated Joint Ventures*). HSC funds its capital expenditures with cash from HSC operations and a revolving credit facility.

7. *Income Taxes:*  Upon emergence from Chapter 11, projected income taxes are based upon an assumed composite tax rate of approximately 40% for foreign, federal, state and local taxes. Projected cash taxes reflect assumed reductions in taxable income related to post-petition interest on claims and net cash contributions related to product liabilities in excess of cash recoveries from insurance assets.

8. *Minority Interests in Consolidated Joint Ventures:*  Joint ventures more than 50% owned and less than 100% owned, which are fully consolidated and adjusted for minority interest, consist primarily of the 63.25% ownership in HSC and the 65% ownership in Dow Corning Toray Silicone Co., Ltd. (''DCTS ''). The Business Plan assumes that 50% of the earnings of DCTS are paid as dividends in the following year and that 36% of the earnings of HSC are paid as dividends in the following year. For fiscal year end 1997, DCTS had trade sales of $350.7 million and net earnings of $16.7 million and HSC had trade sales of $236.9 million and net earnings of $41.3 million.

9. *Retiree Benefits:*  DCC maintains defined benefit retirement plans covering most domestic and certain foreign employees and has various defined contribution and savings plans covering certain employees. The Projections assume that benefits will be maintained at current levels.

### DOW CORNING CORPORATION AND SUBSIDIARY COMPANIES
### PROJECTED FINANCIAL STATEMENTS
### PERIOD ENDED DECEMBER 31,
**(In millions of dollars)**

| | Predecessor | | | | | Successor | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Actual | | | | | Proforma | | | | |
| | 1996 | 1997 | 1998 | 6/30/99 | Adjust. | 6/30/99 | 1999 | 2000 | 2001 | 2002 |
| ASSETS | | | | | | | | | | |
| Current Assets: | | | | | | | | | | |
| Cash and marketable securities | $ 528.5 | $ 593.4 | $ 560.9 | $ 566.8 | ($ 431.8) | $ 135.0 | $ 209.9 | $ 276.6 | $ 356.2 | $ 202.5 |
| Trade accounts receivable | 489.8 | 474.3 | 481.6 | 485.6 | — | 485.6 | 490.4 | 513.0 | 549.4 | 587.5 |
| Insurance receivable (1) | 23.7 | 85.5 | 117.2 | 4.3 | 27.3 | 31.6 | 25.7 | 197.7 | 155.6 | 75.1 |
| Inventory | 298.3 | 325.9 | 357.8 | 349.8 | — | 349.8 | 340.1 | 352.7 | 371.4 | 397.5 |
| Prepaid expenses and other | 188.4 | 142.6 | 142.5 | 142.4 | — | 142.4 | 142.1 | 142.6 | 142.7 | 142.8 |
| Total current assets | 1,528.7 | 1,621.7 | 1,660.0 | 1,548.9 | (404.5) | 1,144.4 | 1,208.2 | 1,482.6 | 1,575.2 | 1,405.4 |
| Property, plant and equipment—net | 1,305.4 | 1,480.1 | 1,636.0 | 1,673.0 | — | 1,673.0 | 1,680.5 | 1,718.2 | 1,820.7 | 1,955.5 |
| Investments | 50.7 | 23.1 | 24.2 | 25.0 | — | 25.0 | 25.0 | 25.6 | 26.2 | 26.8 |
| Insurance receivable (2) | 1,479.9 | 1,428.8 | 1,416.4 | 1,539.3 | (881.3) | 658.0 | 632.3 | 434.6 | 279.0 | 203.9 |
| Patents, goodwill and other intangibles | 32.6 | 27.1 | 26.2 | 25.8 | — | 25.8 | 25.3 | 24.4 | 23.5 | 22.6 |
| Deferred tax asset—non-current (3) | 383.0 | 393.8 | 374.8 | 368.0 | 540.9 | 908.8 | 908.8 | 908.8 | 908.8 | 908.8 |
| Restricted cash in escrow (4) | 275.0 | 275.0 | 275.0 | 300.0 | (300.0) | — | — | — | — | — |
| Other | 58.7 | 69.1 | 69.1 | 69.1 | — | 69.1 | 69.1 | 69.1 | 69.1 | 69.1 |
| | 5,114.1 | 5,318.7 | 5,481.6 | 5,549.0 | (1,045.0) | 4,504.0 | 4,549.3 | 4,663.3 | 4,702.6 | 4,592.3 |
| LIABILITIES & STOCKHOLDERS' EQUITY | | | | | | | | | | |
| Current liabilities: | | | | | | | | | | |
| Notes payable | $ 5.0 | $ 14.8 | $ 14.8 | $ 14.8 | $ 0.0 | $ 14.8 | $ 14.8 | $ 14.8 | $ 14.8 | $ 14.8 |
| Long term debt—current | 1.3 | 24.2 | 19.8 | — | — | — | 0.4 | 0.5 | 5.7 | 0.2 |
| Facility funding requirement (7) | — | — | — | — | 31.6 | 31.6 | 25.7 | 197.7 | 374.0 | 204.0 |
| Accounts payable | 172.3 | 164.6 | 159.4 | 162.4 | — | 162.4 | 166.1 | 171.9 | 180.5 | 192.4 |
| Accrued expenses | 165.3 | 178.2 | 182.7 | 184.9 | — | 184.9 | 187.6 | 190.8 | 195.5 | 200.8 |
| Other current liabilities (5) | 136.6 | 108.0 | 106.9 | 107.9 | (2.4) | 105.5 | 105.5 | 107.5 | 110.6 | 113.8 |
| Total current liabilities | 480.4 | 489.8 | 483.5 | 470.0 | 29.2 | 499.3 | 500.2 | 683.2 | 881.0 | 725.9 |
| Long term debt (6) | 103.3 | 140.9 | 121.2 | 121.2 | 983.3 | 1,104.5 | 1,104.0 | 1,103.6 | 1,097.9 | 1,097.6 |
| Liabilities subject to compromise | 3,452.1 | 3,419.1 | 3,419.0 | 3,419.0 | (3,419.0) | — | — | — | — | — |
| Facility funding requirement (7) | — | — | — | — | 2,120.0 | 2,120.0 | 2,094.3 | 1,896.6 | 1,522.6 | 1,318.6 |
| Minority interest | 128.4 | 130.6 | 125.0 | 121.2 | — | 121.2 | 123.6 | 132.1 | 143.6 | 152.1 |
| Deferred tax—non-current (3) | — | 3.8 | 27.9 | 38.9 | — | 38.9 | 51.5 | 81.3 | 130.3 | 190.7 |
| Other liabilities (8) | 111.4 | 108.2 | 109.4 | 110.3 | 170.4 | 280.7 | 296.8 | 296.8 | 306.4 | 307.2 |
| Stockholders' equity (9) | 838.4 | 1,026.3 | 1,195.7 | 1,268.3 | (928.9) | 339.5 | 378.8 | 469.8 | 620.8 | 800.1 |
| | 5,114.1 | 5,318.7 | 5,481.6 | 5,549.0 | (1,045.0) | 4,504.0 | 4,549.3 | 4,663.3 | 4,702.6 | 4,592.3 |

**DOW CORNING CORPORATION AND SUBSIDIARY COMPANIES**
**PROJECTED FINANCIAL STATEMENTS**
**PERIOD ENDED DECEMBER 31,**
**(In millions of dollars)**

| | Predecessor | | | | Successor | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Actual | | Q1 & Q2 | Q3 & Q4 | | | |
| | 1996 | 1997 | 1998 | 1999 | 1999 | 2000 | 2001 | 2002 |
| Net sales | $2,532.3 | $2,643.5 | $2,500.0 | $1,147.5 | $1,402.5 | $2,680.0 | $2,890.0 | $3,110.0 |
| Operating costs and expenses: | | | | | | | | |
| Manufacturing cost of sales | 1,674.0 | 1,795.9 | 1,750.0 | 828.9 | 1,013.1 | 1,904.0 | 1,993.0 | 2,127.0 |
| Marketing and administrative expenses | 462.3 | 466.9 | 465.0 | 225.0 | 275.0 | 511.0 | 527.0 | 558.0 |
| | 2,136.3 | 2,262.9 | 2,215.0 | 1,053.9 | 1,288.1 | 2,415.0 | 2,520.0 | 2,685.0 |
| Operating income | 396.0 | 380.7 | 285.0 | 93.6 | 114.4 | 265.0 | 370.0 | 425.0 |
| Other expense (income): | | | | | | | | |
| Net interest expense (income) (10) | (46.3) | (59.4) | (64.7) | (27.8) | 42.9 | 93.5 | 89.6 | 91.6 |
| Implant expense (income) (11) | — | — | — | (25.0) | — | — | — | — |
| Other expense(income) | (16.1) | (32.2) | (3.0) | — | (0.6) | (2.8) | (7.6) | (10.0) |
| Income (loss) before reorganization costs and income taxes | 458.4 | 472.2 | 352.7 | 146.4 | 72.0 | 174.3 | 287.9 | 343.4 |
| Reorganization costs (12) | 49.4 | 45.0 | 50.0 | 1,492.4 | — | — | — | — |
| Income (loss) before income taxes | 409.0 | 427.2 | 302.7 | (1,346.1) | 72.0 | 174.3 | 287.9 | 343.4 |
| Income tax provision | 168.9 | 168.8 | 121.1 | (494.2) | 28.8 | 69.7 | 115.2 | 137.4 |
| Minority interest's share in income | 18.4 | 20.9 | 12.2 | 4.3 | 3.9 | 13.6 | 21.8 | 26.7 |
| Net Income (loss) | $ 221.7 | $ 237.6 | $ 169.3 | ($ 856.2) | $ 39.3 | $ 91.0 | $ 151.0 | $ 179.3 |