# Exhibit 6

URL Address:

https://www.thomasfunerals.com/memorials/tiaanderson/4888050/obit.php?&printable=true

Screenshot:

# IN MEMORY OF
# TIA NICOLE ANDERSON

## Obituary for Tia Nicole ANDERSON



ANDERSON, Tia Nicole, age 46, of Trotwood, Ohio, passed away on Monday, March 28, 2022. Funeral service will be held at 11:00 am, Saturday, April 9th, 2022, at Calvary Missionary Baptist Church 2067 N. Gettysburg Ave. Dayton, Ohio 45406. Walk through visitation will be held one hour prior to service. Arrangements entrusted to THOMAS FUNERAL HOME, 4520 Salem Ave. Online condolences may be sent to the family at www.thomasfunerals.com

This obituary is protected by copyright by Thomas Funeral Home & Crematory. Proudly Serving the Community of Trotwood. Thomas Funeral Home & Crematory is located in the state of Ohio, United States.

All rights reserved.

Thomas Funeral Home & Crematory

Print