UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>RED RIVER TALC LLC,[1]<br><br>　　　Debtor. | Chapter 11<br><br>Case No. 24-90505 (CML) |

**AGENDA FOR MATTERS SET FOR HYBRID HEARING
ON NOVEMBER 26, 2024 AT 10:00 A.M. (PREVAILING CENTRAL TIME)**

TO THE HONORABLE CHRISTOPHER M. LOPEZ:

The above-captioned debtor (the "Debtor") files this Agenda of matters set for *hybrid hearing* on **November 26, 2024 at 10:00 a.m. (prevailing Central Time)** before the Honorable Judge Christopher M. Lopez, United States Bankruptcy Judge, Courtroom 401, 4th Floor, 515 Rusk Street, Houston, Texas 77002:

**A.** **Motions:**

**1.** **Emergency Motion of the Coalition of Counsel for Justice for Talc Claimants to Compel Discovery From the Debtor, Johnson & Johnson, Anne Andrews, Majed Nachawati, Adam Pulaski, and James Murdica and Request for Guidance on Certain Discovery Issues [Dkt. 475] (the "Coalition Motion to Compel").**

　　**Status**:  This matter is going forward.

　　**Related Documents**:

　　　　(a)　Red River Talc LLC, Johnson & Johnson, and James Murdica's Joint Objection to the Coalition Motion to Compel [Dkt. 485].

　　　　(b)　Joint Objection of Anne Andrews, Majed Nachawati, and Adam Pulaski to the Coalition Motion to Compel [Dkt. 495].

---

[1] The last four digits of the Debtor's taxpayer identification number are 8508.  The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

NAI-1541922764

(c) Debtor's Reply in Support of Its Emergency Motion to Compel the Coalition and Beasley Allen and for Sanctions Against Andy Birchfield [Dkt. 585].

(d) Notice of Hearing on the Coalition Motion to Compel [Dkt. 629].

2. **Emergency Motion of the Coalition of Counsel for Justice for Talc Claimants to (A) Quash or Modify the Notices of Deposition of Andy Birchfield, Leigh O'Dell, Mike Papantonio, Christopher Tisi and Richard Golomb and (B) Granting Such Other and Further Relief as the Court May Deem Just and Proper [Dkt. 555] (the "Coalition Motion to Quash").**

**Status**:  This matter is going forward.

**Related Documents**:

(a) Red River Talc LLC's and Johnson & Johnson's Joint Objection to the Coalition Motion to Quash [Dkt. 557].

(b) Objection of the Ad Hoc Committee of Supporting Counsel to the Coalition Motion to Quash [Dkt. 561].

(c) Debtor's Reply in Support of Its Emergency Motion to Compel the Coalition and Beasley Allen and for Sanctions Against Andy Birchfield [Dkt. 585].

(d) Notice of Hearing on the Coalition Motion to Quash [Dkt. 629].

3. **Debtor's Emergency Motion to Compel the Coalition and Beasley Allen and for Sanctions Against Andy Birchfield [Dkt. 564] (the "Debtor's Motion to Compel").**

**Status**:  This matter is going forward.

**Related Documents**:

(a) Order Partially Granting Debtor's Emergency Motions to Compel [Dkt. 511].

(b) Objection of the Coalition of Counsel for Justice for Talc Claimants to the Debtor's Motion to Compel [Dkt. 584].

(c) Debtor's Reply in Support of the Motion to Compel [Dkt. 585].

(d) Declaration of Adam C. Silverstein in Connection With the Debtor's Motion to Compel [Dkt. 593].

(e) Notice of Hybrid Hearing on the Debtor's Motion to Compel [Dkt. 601].

**B.     Related Documents.**

      (a)     Debtor's Witness and Exhibit List [to be filed].

      (b)     Coalition for Justice for Talc Claimants' Witness and Exhibit List [to be filed].

Dated: November 25, 2024  
Houston, Texas

Respectfully submitted,

*/s/ John F. Higgins*  
John F. Higgins (TX 09597500)  
M. Shane Johnson (TX 24083263)  
Megan Young-John (TX 24088700)  
James A. Keefe (TX 24122842)  
PORTER HEDGES LLP  
1000 Main Street, 36th Floor  
Houston, Texas 77002  
Telephone: (713) 226-6000  
Facsimile:  (713) 228-1331  
jhiggins@porterhedges.com  
sjohnson@porterhedges.com  
myoung-john@porterhedges.com  
jkeefe@porterhedges.com

Gregory M. Gordon (TX 08435300)  
Dan B. Prieto (TX 24048744)  
Brad B. Erens (IL 06206864)  
Amanda Rush (TX 24079422)  
JONES DAY  
2727 N. Harwood Street  
Dallas, Texas 75201  
Telephone:  (214) 220-3939  
Facsimile:   (214) 969-5100  
gmgordon@jonesday.com  
dbprieto@jonesday.com  
bberens@jonesday.com  
asrush@jonesday.com

PROPOSED ATTORNEYS FOR DEBTOR

NAI-1541922764

-4-

## Certificate of Service

      I certify that on November 25, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas, and will be served as set forth in the Affidavit of Service to be filed by the Debtor's claims, noticing and solicitation agent.

                                              */s/ John F. Higgins*
                                              John F. Higgins

NAI-1541922764