UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| RED RIVER TALC LLC, | Case No. 24-90505 (CML) |
| Debtor.[1] | |

**NOTICE OF APPEAL BY
CENTURY INDEMNITY COMPANY AND
OTHER INSURERS IDENTIFIED BELOW**

**(Related to Dkt. Nos. 318, 529)**

**NOTICE IS HEREBY GIVEN** that Century Indemnity Company (as successor to CCI Insurance Company, as successor to Insurance Company of North America), Federal Insurance Company, Oakwood Insurance Company (as successor to Central National Insurance Company of Omaha, but only for policies issued through Cravens, Dargan & Company, Pacific Coast), ACE Property and Casualty Insurance Company (f/k/a CIGNA Property & Casualty Insurance Company), Great Northern Insurance Company, Pacific Employers Insurance Company, and Westchester Fire Insurance Company (collectively, the "Insurers") appeal to the U.S. District Court for the Southern District of Texas under 28 U.S.C. § 158(a) from the Bankruptcy Court's *Order Appointing Randi S. Ellis as Legal Representative for Future Talc Claimants* (the "Order," Dkt. No. 529), entered on November 13, 2024.  A copy of the Order is attached hereto as Exhibit A.

Other than appellant Insurers, the names of the other parties believed to be

---

[1] The last four digits of the Debtor's taxpayer identification number are 8508.  The Debtor's service address in this chapter 11 case is 501 George Street, New Brunswick, New Jersey 08933.

- 1 -

interested in this appeal, and the names, addresses, telephone numbers, and email addresses of their respective attorneys, are as follows:

| PARTY | COUNSEL |
|---|---|
| **Red River Talc LLC** | PORTER HEDGES LLP<br>John F. Higgins<br>M. Shane Johnson<br>Megan Young-John<br>James A. Keefe<br>1000 Main Street, 36th Floor<br>Houston, Texas 77002<br>(713) 226-6000<br>jhiggins@porterhedges.com<br>sjohnson@porterhedges.com<br>myoung-john@porterhedges.com<br>jkeefe@porterhedges.com<br><br>JONES DAY<br>Gregory M. Gordon<br>Dan B. Prieto<br>Amanda Rush<br>2727 N. Harwood Street<br>Dallas, Texas 75201<br>(214) 220-3939<br>gmgordon@jonesday.com<br>dbprieto@jonesday.com<br>asrush@jonesday.com<br><br>JONES DAY<br>Brad B. Erens<br>Caitlin K. Cahow<br>110 North Wacker Drive, Suite 4800<br>Chicago, Illinois 60606<br>(312) 782-3939<br>bberens@jonesday.com<br>ccahow@jonesday.com |
| **The Ad Hoc Committee of Supporting Counsel** | PAUL HASTINGS LLP<br>Schlea M. Thomas<br>600 Travis Street, 58th Floor<br>Houston, Texas 77002<br>(713) 860-7300<br>schleathomas@paulhastings.com |

| PARTY | COUNSEL |
|---|---|
|  | PAUL HASTINGS LLP<br>Kristopher M. Hansen<br>Kenneth Pasquale<br>Ryan P. Montefusco<br>200 Park Avenue<br>New York, New York 10166<br>(212) 318-6000<br>krishansen@paulhastings.com<br>kenpasquale@paulhastings.com<br>ryanmontefusco@paulhastings.com<br><br>PAUL HASTINGS LLP<br>Matthew M. Murphy<br>71 S. Wacker Drive, Suite 4500<br>Chicago, Illinois 60606<br>(312) 499-6000<br>mattmurphy@paulhastings.com<br><br>PARKINS & RUBIO LLP<br>Lenard M. Parkins<br>Charles M. Rubio<br>Great Jones Building<br>708 Main Street, 10th Floor<br>Houston, Texas 77002<br>(713) 715-1660<br>lparkins@parkinsrubio.com<br>crubio@parkinsrubio.com |
| **The Official Committee of Talc Claimants** | STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, PC<br>Sander L. Esserman<br>Peter C. D'Apice<br>2323 Bryan Street, Ste. 2200<br>Dallas, Texas 75201-2689<br>(214) 969-4900<br>esserman@sbep-law.com<br>dapice@sbep-law.com |
| **The Coalition of Counsel for Justice for Talc Claimants** | OTTERBOURG P.C.<br>Melanie L. Cyganowski<br>Adam C. Silverstein<br>Sunni P. Beville<br>Jennifer S. Feeney<br>230 Park Avenue |

Case 24-90505 Document 666 Filed in TXSB on 11/25/24 Page 4 of 5

| PARTY | COUNSEL |
| --- | --- |
| | New York, New York 10169-0075<br>(212) 661-9100<br>mycganowski@otterbourg.com<br>asilverstein@otterbourg.com<br>sbeville@otterbourg.com<br>jfeeney@otterbourg.com<br><br>BROWN RUDNICK LLP<br>David J. Molton<br>Jeffrey L. Jonas<br>Eric R. Goodman<br>Gerard T. Cicero<br>Susan Sieger-Grimm<br>Seven Times Square<br>New York, New York 10036<br>(212) 209-4800<br>dmolton@brownrudnick.com<br>jjonas@brownrudnick.com<br>egoodman@brownrudnick.com<br>gcicero@brownrudnick.com<br>ssieger-grimm@brownrudnick.com |
| **Tamara Newsome** | BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.<br>P. Leigh O'Dell<br>Andy Birchfield<br>Ted Meadows<br>218 Commerce Street<br>Montgomery, Alabama 36104<br>(334) 269-2343<br>leigh.odell@beasleyallen.com<br>andy.birchfield@beasleyallen.com<br>ted.meadows@beasleyallen.com |
| **Office of the United States Trustee** | Jayson B. Ruff<br>515 Rusk Street, Suite 3516<br>Houston, Texas 77002<br>(713) 718-4662<br>jayson.b.ruff@usdoj.gov<br><br>Linda Richenderfer<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, Delaware 19801 |

| PARTY | COUNSEL |
|---|---|
|  | (302) 573-6491 |
|  | linda.richenderfer@usdoj.gov |

Dated: November 25, 2024

Respectfully submitted,

By: ___/s/ Mark D. Plevin___
Mark D. Plevin (admitted *pro hac vice*)
PLEVIN & TURNER LLP
580 California Street, Suite 1200
San Francisco, California 94104
Telephone: (202) 580-6640
Email: mplevin@plevinturner.com

Tacie H. Yoon (admitted *pro hac vice*)
Jordan A. Hess (admitted *pro hac vice*)
PLEVIN & TURNER LLP
1701 Pennsylvania Avenue, N.W., Suite 200
Washington, DC 20006
Telephone: (202) 580-6640
Email: tyoon@plevinturner.com,
jhess@plevinturner.com

*Attorneys for Century Indemnity Company (as successor to CCI Insurance Company, as successor Insurance Company of North America), Federal Insurance Company, Central National Insurance Company of Omaha, but only for policies issued through Cravens, Dargan & Company, Pacific Coast) and ACE Property and Casualty Insurance Company (f/k/a CIGNA Property & Casualty Insurance Company), Great Northern Insurance Company, Pacific Employers Insurance Company, and Westchester Fire Insurance Company*