UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| RED RIVER TALC LLC,[1] | Case No. 24-90505 (CML) |
| Debtor. | **Related to Dkt. No. 529** |

# NOTICE OF APPEAL

**Part 1: Identify the Appellants**

1. **Name of appellant:** The Coalition of Counsel for Justice for Talc Claimants.

2. **Position of appellant in the bankruptcy case that is the subject of this appeal:** Appellant is an ad hoc committee of law firms representing tort claimants that are creditors in the underlying bankruptcy case.

**Part 2: Identify the Subject of this Appeal:**

3. **Describe the judgment, order, or decree appealed from:** Appellant, pursuant to 28 U.S.C. §§ 158(a) and 1292(a) and Rule 8001(a) of the Federal Rules of Bankruptcy Procedure, hereby gives notice of appeal to the United States District Court for the Southern District of Texas from each and every part of the *Order Appointing Randi S. Ellis as Legal Representative for Future Talc Claimants* (the "Order"), entered November 13, 2024 [ECF No. 529], in which the Bankruptcy Court, pursuant to sections 524(g)(4)(B)(i) and 105(a) of the Bankruptcy Code, approved the appointment of Randi S. Ellis as the Future Claimants' Representative. A copy of the Order is annexed hereto as Exhibit A.

---

[1] The last four digits of the Debtor's taxpayer identification number are 8508. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

1

4. **State the date on which the judgment, order, or decree was entered:** November 13, 2024.

**Part 3: Identify the Other Parties to the Appeal:**

5. **List the names of all parties to the judgment, order, or decree appeals from and the names, addresses, and telephone numbers of their attorneys:**

| Party | Attorneys |
|---|---|
| Appellant: the Coalition of Counsel for Justice for Talc Claimants | **LAWSON & MOSHENBERG PLLC**<br>Nicholas R. Lawson<br>Avi Moshenberg<br>801 Travis Street Suite 2101 #838<br>Houston, TX 77002<br>Telephone:  (832) 280-5670<br>Nick.Lawson@lmbusinesslaw.com<br>Avi.Moshenberg@lmbusinesslaw.com<br><br>**OTTERBOURG P.C.**<br>Melanie L. Cyganowski<br>Adam C. Silverstein<br>Sunni P. Beville<br>David A. Castleman<br>230 Park Avenue<br>New York, New York 10169-0075<br>(212) 661-9100<br>Email: mycganowski@otterbourg.com<br>           asilverstein@otterbourg.com<br>           sbeville@otterbourg.com<br>           dcastleman@otterbourg.com<br><br>**BAILEY & GLASSER LLP**<br>Brian A. Glasser<br>Thomas B. Bennett<br>David L. Selby II<br>Jonathan Gold<br>1055 Thomas Jefferson Street, NW, Suite 540 Washington, DC 20007<br>Telephone: (202) 463-2101<br>Facsimile:  (202) 463-2103<br>bglasser@baileyglasser.com<br>tbennett@baileyglasser.com<br>dselby@baileyglasser.com<br>jgold@baileyglasser.com |

| Party | Attorneys |
|---|---|
|  | Katherine E Charonko<br>209 Capitol Street<br>Charleston WV 25301<br>Tel: (304) 345-6555<br>Fax: (304) 342-1110<br>kcharonko@baileyglasser.com<br><br>Elizabeth L. Stryker<br>94 Long Street Suite 200<br>Westover WV 26501<br>Tel: (304) 594-0087<br>estryker@baileyglasser.com |

| Party | Attorneys |
|---|---|
| Appellee: Red River Talc, LLC | **PORTER HEDGES LLP**<br>John F. Higgins<br>M. Shane Johnson<br>Megan Young-John<br>James A. Keefe<br>1000 Main Street, 36th Floor<br>Houston, Texas 77002<br>Telephone: (713) 226-6000<br>Facsimile: (713) 228-1331<br>jhiggins@porterhedges.com<br>sjohnson@porterhedges.com<br>myoung-john@porterhedges.com<br>jkeefe@porterhedges.com<br><br>**JONES DAY**<br>Gregory M. Gordon<br>Dan B. Prieto<br>Amanda Rush<br>2727 N. Harwood Street<br>Dallas, Texas 75201<br>Telephone: (214) 220-3939<br>Facsimile: (214) 969-5100<br>gmgordon@jonesday.com<br>dbprieto@jonesday.com<br>asrush@jonesday.com<br>- and –<br>Brad B. Erens<br>Caitlin K. Cahow<br>110 North Wacker Drive, Suite 4800<br>Chicago, Illinois 60606<br>Telephone: (312) 782-3939<br>Facsimile: (312) 782-8585<br>bberens@jonesday.com<br>ccahow@jonesday.com |

| Party | Attorneys |
|---|---|
| Interested Party: Century Indemnity Company (as successor to CCI Insurance Company, as successor Insurance Company of North America), Federal Insurance Company, Central National Insurance Company of Omaha, but only for policies issued through Cravens, Dargan & Company, Pacific Coast) and ACE Property and Casualty Insurance Company (f/k/a CIGNA Property & Casualty Insurance Company), Great Northern Insurance Company, Pacific Employers Insurance Company, and Westchester Fire Insurance Company | **PLEVIN & TURNER LLP**<br>Mark D. Plevin<br>580 California Street, Suite 1200 San Francisco, California 94104 Phone: (202) 580-6640 Email: mplevin@plevinturner.com<br><br>Tacie H. Yoon<br>Jordan A. Hess<br>1701 Pennsylvania Ave., N.W., Suite 200 Washington, D.C. 20006 Phone: (202) 580-6640 Email: tyoon@plevinturner.com, jhess@plevinturner.com |

| Party | Attorneys |
|---|---|
| Interested Party: Tamara Newsome | **BEASLEY, ALLEN, CROW, METHVIN PORTIS & MILES, P.C.**<br>P. Leigh O'Dell<br>Andy Birchfield<br>Ted Meadows<br>218 Commerce St. Montgomery, AL 36104 Tel: 334-269-2343<br>leigh.odell@beasleyallen.com<br>andy.birchfield@beasleyallen.com<br>ted.meadows@beasleyallen.com |
| Interested Party: Kevin M. Epstein, Office of the United States Trustee | Jayson B. Ruff<br>515 Rusk, Suite 3516<br>Houston, Texas 77002<br>(713) 718-4662<br>jayson.b.ruff@usdoj.gov<br><br>Linda Richenderfer<br>J. Caleb Boggs Federal Building 844 King Street, Suite 2207, Lockbox 35<br>Wilmington, Delaware 19801<br>(302) 573-6491<br>linda.richenderfer@usdoj.gov |

| Party | Attorneys |
| --- | --- |
| Interested Party: Counsel to Ad Hoc Committee of Supporting Counsel | **PARKINS & RUBIO LLP**<br>Lenard M. Parkins (TX Bar No. 15518200)<br>Charles M. Rubio (TX Bar No. 24083768)<br>700 Milam, Suite 1300<br>Houston, TX 77002 Telephone: (713) 715-1660 Email:<br>lparkins@parkinsrubio.com<br>crubio@parkinsrubio.com |
| Interested Party: Randi S. Ellis, Future Claimants Representative | **BRACEWELL LLP**<br>William A. (Trey) Wood III<br>Jason G. Cohen<br>Nancy McEvily Davis<br>711 Louisiana Street, Suite 2300<br>Houston, TX 77002<br>Telephone: (713) 223-2300<br>Facsimile: (800) 404-3970<br>trey.wood@bracewell.com<br>jason.cohen@bracewell.com<br>nancy.davis@bracewell.com |

**Part 4: Not Applicable (No BAP in this District)**

**Part 5: Signature**

Dated: November 26, 2024

**LAWSON & MOSHENBERG PLLC**

 /s/ Nicholas R. Lawson
Nicholas R. Lawson
Texas Bar No. 24083367
Avi Moshenberg
Texas Bar No. 24083532
801 Travis Street Suite 2101 #838
Houston, TX 77002
Telephone:  (832) 280-5670
Nick.Lawson@lmbusinesslaw.com
Avi.Moshenberg@lmbusinesslaw.com

**OTTERBOURG P.C.**
Melanie L. Cyganowski (*pro hac vice*)
Adam C. Silverstein (*pro hac vice*)
Sunni P. Beville (*pro hac vice*)
David A. Castleman (*pro hac vice*)
230 Park Avenue
New York, New York 10169-0075
(212) 661-9100
Email: mycganowski@otterbourg.com
    asilverstein@otterbourg.com
    sbeville@otterbourg.com
    dcastleman@otterbourg.com

-and-

**BAILEY & GLASSER LLP**
Brian A. Glasser (*pro hac vice*)
Thomas B. Bennett (*pro hac vice*)
David L. Selby II (*pro hac vice*)
Jonathan Gold (*pro hac vice*)
1055 Thomas Jefferson Street, NW, Suite 540
Washington, DC 20007
Telephone: (202) 463-2101
Facsimile:  (202) 463-2103
bglasser@baileyglasser.com
tbennett@baileyglasser.com
dselby@baileyglasser.com
jgold@baileyglasser.com

Katherine E Charonko (*pro hac vice*)
209 Capitol Street
Charleston WV 25301

8

Tel: (304) 345-6555
Fax: (304) 342-1110
kcharonko@baileyglasser.com

Elizabeth L. Stryker (*pro hac vice*)
94 Long Street Suite 200
Westover WV 26501
Tel: (304) 594-0087
estryker@baileyglasser.com

**CERTIFICATE OF SERVICE**

I certify that on November 26, 2024, I caused a true and correct copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Nicholas R. Lawson*
Nicholas R. Lawson