United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 05, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | CASE NO: 24-90505 |
| RED RIVER TALC LLC, | § § | |
| Debtor. | § § § § | CHAPTER 11 |

**ORDER TEMPORARILY ABATING DEADLINES
RELATED TO PLAN CONFIRMATION**
(RE: ECF NO. 352)

      The deadlines in the Agreed Case Management Order at ECF No. 352 are temporarily abated. The Court will conduct a hearing on December 10, 2024 at 11:00 a.m. CT about amending some or all of the remaining deadlines.

Signed:  December 05, 2024

_____
Christopher Lopez
United States Bankruptcy Judge