Case 24-90505   Document 724-2   Filed in TXSB on 12/09/24   Page 1 of 3

# **EXHIBIT B**

## Cash Contributions

1. ~~Scheduled Cash Contributions.~~
On each date specified in the table below (column (a)), the Reorganized Debtor shall deliver, or cause to be delivered, to the Talc Personal Injury Trust Cash Contributions in the amount set forth opposite such date (column (b)).

| Delivery Date for Cash Contribution* (a) | Total Amount of Cash Contribution to be Delivered to the Talc Personal Injury Trust (b) |
|---|---|
| Effective Date | $~~2,000,000,000~~2,487,500,000, as adjusted** |
| 1st Anniversary of Petition Date | $~~2,000,000,000~~2,487,500,000, as adjusted*** |
| 2nd Anniversary of Petition Date | $~~740,000,000~~1,600,000,000, as adjusted*** |
| 3rd Anniversary of Petition Date | $~~740,000,000~~400,000,000, as adjusted*** |
| 7th Anniversary of Petition Date**** | $~~87,500,000~~0 |
| 12th Anniversary of Petition Date | $~~483,000,000~~388,000,000 |
| 17th Anniversary of Petition Date | $~~483,000,000~~383,000,000 |
| 22nd Anniversary of Petition Date | $~~483,000,000~~383,000,000 |
| 25th Anniversary of Petition Date | $~~481,500,000~~481,000,000 |
| TOTAL | $~~7,498,000,000 as~~8,610,000,000 as adjusted |

\*      No Cash Contribution shall be delivered prior to the Effective Date.  If the delivery date for a Cash Contribution set forth below occurs prior to the Effective Date, such Cash Contribution shall instead be delivered on the Effective Date.

\*\*    The amount to be delivered to the Talc Personal Injury Trust on the Effective Date shall be adjusted as follows:

> (a) commencing on the first Business Day after the Confirmation Date, interest shall accrue on such amount at the rate of 4.41% per annum, with interest to be calculated (i) on the basis of a 365/366-day year and paid for the actual number of days elapsed and (ii) taking into account the amounts and dates of any Cash

advances made by the Debtor in accordance with ~~the~~<u>any</u> Trust Expense Advancement Order prior to the Effective Date; and

(b) such amount shall be reduced by the aggregate amount of any Cash advanced by the Debtor in accordance with ~~the~~<u>any</u> Trust Expense Advancement Order prior to the Effective Date.

\*\*\* If the delivery date set forth for such Cash Contribution occurs prior to the Effective Date and, accordingly, such Cash Contribution is to be delivered on the Effective Date, the amount to be delivered to the Talc Personal Injury Trust shall be adjusted as follows: commencing on the first Business Day after the delivery date set forth for such Cash Contribution, interest shall accrue on such amount at the rate of 4.41% per annum, with interest to be calculated on the basis of a 365/366-day year and paid for the actual number of days elapsed.

~~2.~~   ~~**Additional Cash Contributions.**~~

\*\*\*\* <u>While No Cash Contribution is due on the seventh anniversary of the Petition Date, the $388,000,000 principal amount of the Talc PI Note is payable on the later of (1) the seventh anniversary of the Petition Date and (2)</u> the first anniversary of the Effective Date.

~~In addition to the Cash Contributions contemplated by Section 1 of this Exhibit C, the Reorganized Debtor shall deliver, or cause to be delivered, to the Talc Personal Injury Trust the following Cash Contributions: (1) within sixty (60) days of the Effective Date, a Cash Contribution in the amount of $250,000,000; (2) on~~ the first anniversary of the Effective Date, ~~$250,000,000; and (3) on the second anniversary of the Effective Date, $600,000,000. Cash Contributions made pursuant to this Section 2 of this Exhibit C shall be segregated by the Talc Personal Injury Trust and used by the Talc Personal Injury Trust solely to process and pay Channeled Talc Personal Injury Claims processed by the Talc Personal Injury Trust under the Individual Review Process (as such term is defined in the Trust Distribution Procedures).~~

NAI-1539839717