IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| RED RIVER TALC, LLC,[1] | ) ) ) | Case No. 24-90505 (CML) |
| Debtor. | ) ) ) |  |

### CERTIFICATE OF NO OBJECTION
### TO THE COALITION'S MOTION TO SEAL AT DKT NO. 535

Pursuant to the Procedures for Complex Cases in the Southern District of Texas, effective September 18, 2024 (the "Complex Case Procedures"), and the Order Granting Complex Chapter 11 Bankruptcy Case Treatment entered in the above-captioned chapter 11 case [Dkt. 38], the undersigned hereby certifies as follows:

1. On November 13, 2024, The Coalition of Counsel for Justice for Talc Claimants filed the Motion of the Coalition of Counsel for Justice for Talc Claimants to File Certain Exhibits Related to the November 12, 2024 Hearing Under Seal [Dkt. No. 535], with a proposed order granting relief in the motion.

2. The Coalition has received no objections to date.

3. The deadline for receipt of objections to the motion has passed. In accordance with paragraph 44 of the Complex Case Procedures, the undersigned represents to the Court that the Coalition is not aware of any objection to the motion and that counsel has reviewed the Court's docket and no objection or response appears on it.

---

[1] The last four digits of the Debtor's taxpayer identification number are 8508.  The Debtor's mailing address is 501 George Street, New Brunswick, New Jersey 08993.

4.       The Coalition respectfully requests that the Court grant the motion and maintain the records under seal.

Dated:  December 9, 2024                    Respectfully submitted,

**LAWSON & MOSHENBERG PLLC**

/s/ *Nicholas R. Lawson*
Nicholas R. Lawson
Texas Bar No. 24083367
Avi Moshenberg
Texas Bar No. 24083532
801 Travis Street Suite 2101 #838
Houston, TX 77002
Telephone: (832) 280-5670
Nick.Lawson@lmbusinesslaw.com
Avi.Moshenberg@lmbusinesslaw.com

- AND -

**OTTERBOURG P.C.**
Melanie L. Cyganowski (*pro hac vice*)
Adam C. Silverstein (*pro hac vice*)
Sunni P. Beville (*pro hac  vice*)
David A. Castleman (*pro hac vice*)
230 Park Avenue
New York, NY 10169
Telephone:     (212) 661-9100
Facsimile:     (212) 682-6104
mcyganowski@otterbourg.com
asilverstein@ otterbourg.com
sbeville@ otterbourg.com
dcastleman@ otterbourg.com

- AND -

**BAILEY & GLASSER LLP**
Brian A. Glasser (*pro hac vice*)
Thomas B. Bennett (*pro hac vice*)
David L. Selby II (*pro hac vice*)
Jonathan Gold (*pro hac vice*)
1055 Thomas Jefferson Street, NW, Suite 540
Washington, DC 20007
Telephone:     (202) 463-2101
Facsimile:     (202) 463-2103

bglasser@baileyglasser.com
tbennett@baileyglasser.com
dselby@baileyglasser.com
jgold@baileyglasser.com

Katherine E Charonko (*pro hac vice*)
209 Capitol Street
Charleston WV 25301
Tel: (304) 345-6555
Fax: (304) 342-1110
kcharonko@baileyglasser.com

Elizabeth L. Stryker (*pro hac vice*)
94 Long Street Suite 200
Westover WV 26501
Tel: (304) 594-0087
estryker@baileyglasser.com

*Co-Counsel for the Coalition of Counsel for Justice for Talc Claimants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above was electronically mailed to the parties that are registered to receive electronic notices *via* CM/ECF in this case on December 9, 2024.

                                          */s/ Nicholas R. Lawson*
                                          Nicholas R. Lawson