Electronic Appearance Sheet

David Molton, Brown Rudnick LLP
Client(s): Official Committee of Talc Claimants

Jeffrey Jonas, Brown Rudnick LLP
Client(s): Official Committee of Talc Claimants

John Bevis, The Barnes Law Group, LLC
Client(s): Claimants Represented by The Barnes Law Group, LLC

Brian Goldstein, Goldstein Greco, P.C.
Client(s): Creditor Talc Claimants Represented by Goldstein Greco, P.C.

Greg Gordon, Jones Day
Client(s): Debtor Red River Talc

Andrew Frankel, Simpson Thacher & Bartlett
Client(s): Travelers

Lynn Neuner, Simpson Thacher & Bartlett
Client(s): Travelers

Jason Brookner, Gray Reed
Client(s): Travelers

Daniel Prieto, Jones Day
Client(s): Red River

Peter D'Apice, Stutzman, Bromberg, Esserman & Plifka, P.C.
Client(s): Official Committee of Talc Claimants

Casey Roy, Ross, Smith & Binford, PC
Client(s): The Tort Claimants of Nachawati Law Group

Matt Murphy, Paul Hastings LLP
Client(s): Official Talc Claimants Committee

James Keefe, Porter Hedges LLP
Client(s): Debtor

Kim Lewinski, Hirsch & Westheimer, P.C.
Client(s): Truck Insurance Exchange

Allison Brown, Skadden, Arps, Slate, Meagher & Flom
Client(s): Red River Talc LLC

Charles Rubio, Parkins & Rubio LLP
Client(s): Ad Hoc Committee of Supporting Counsel

Electronic Appearance Sheet

Erich Buck, Adelman & Gettleman, Ltd.
Client(s): Truck Insurance Exchange

HUNTER SHKOLNIK, NO
Client(s): Erika Tarlow TCC co-chair

John Bevis, Barnes Law Group, LLC
Client(s): Certain Clients Represented By Barnes Law Group

Jason Cohen, Bracewell LLP
Client(s): Randi Ellis, as Future Claimants' Representative

John Higgins, Porter Hedges LLP
Client(s): Debtor and Debtor in Possession

Nancy Davis, Bracewell LLP
Client(s): Randi Ellis, as Future Claimants' Representative