United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 18, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 24-90505 |
| RED RIVER TALC LLC, | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | CHAPTER 11 |

### ORDER SETTING HEARING ON SUPPLEMENTAL MOTION FOR ALTERNATE SERVICE BY EMAIL AND TO COMPEL
(RE: ECF No. 752)

The Court will conduct a hearing on December 27, 2024 at 1:00 p.m. (CT) regarding the Coalition of Counsel for Justice for Talc Claimants' Supplemental Emergency Motion for Alternate Service by Email and to Compel.

Benedict Morelli is ordered to appear in person at the December 27, 2024 hearing. The Clerk of the Court will serve a copy of this order to the following address and email:

Morelli Law Firm
c/o Benedict Morelli
777 3rd Avenue, 31st Floor
New York, NY 10017
and
bmorelli@morellilaw.com

Parties may contact the Court's case manager to cancel the hearing if the matter subject to the Supplemental Emergency Motion is resolved consensually.

Signed on 12/18/2024

Christopher Lopez
United States Bankruptcy Judge