United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 18, 2024
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| RED RIVER TALC LLC,[1] | : | Case No. 24-90505 (CML) |
|  | : |  |
| Debtor. | : |  |
|  | : |  |

**ORDER GRANTING MOTION OF DEBTOR
FOR ENTRY OF AN ORDER AUTHORIZING
FILING UNDER SEAL OF CERTAIN CONFIDENTIAL
INFORMATION IN DEBTOR'S SUPPLEMENTAL MEMORANDUM
CONCERNING ITS MOTIONS TO COMPEL AND REQUEST FOR
A STATUS CONFERENCE ON COMPLIANCE WITH THE COURT'S ORDER
PARTIALLY GRANTING DEBTOR'S EMERGENCY MOTIONS TO COMPEL**

(Related to Docket No. 641)

Upon the motion (the "Motion")[2] of the above-captioned debtor (the "Debtor") for entry of an order (this "Order"), authorizing the Debtor to file the *Debtor's Supplemental Memorandum Concerning its Motions to Compel and Request for a Status Conference on Compliance with the Court's Order Partially Granting Debtor's Emergency Motions to Compel* (the "Supplemental Memorandum") under seal to protect provisionally confidential information (collectively, the "Confidential Information") that is not otherwise publicly available, as well as a redacted publicly available version, as more fully set forth in the Motion; and the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b), (c) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, (d) notice of the Motion and the opportunity for a hearing on the

---

[1] The last four digits of the Debtor's taxpayer identification number are 8508. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

[2] Capitalized terms used herein but not otherwise defined have the meanings given to them in the Motion.

NAI-1541947313

Motion was sufficient under the circumstances and no other or further notice is necessary, (e) the Court may enter a final order consistent with Article III of the United States Constitution, (f) this Court having reviewed the Motion and having heard the statement of the relief requested therein at a hearing before this Court, if any (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and the Hearing establish just cause for the relief granted herein; and after due deliberation thereon and sufficient cause just cause for the relief granted herein;

**IT IS HEREBY ORDERED THAT:**

1. Pursuant to sections 105(a) and 107 of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1, the Debtor is authorized to (a) file the Supplemental Memorandum under seal and (b) file a redacted publicly available version of the Supplemental Memorandum.

2. Except upon further order of the Court after notice to the Debtor, the Confidential Information is confidential, shall remain under seal and shall not be made available to anyone without the consent of the Debtor, except that unredacted copies of the Confidential Information shall be provided to certain parties, including, for the avoidance of doubt, the Court, the TCC and the CMO Parties.

3. Except as otherwise agreed to by the Debtor, any materials filed in the Chapter 11 Case by any party other than the Debtor that reference or disclose any of the Confidential Information shall be filed under seal and served only on those parties authorized to receive the unredacted version of the confidential documents.

4. Any party that receives Confidential Information in accordance with this Order shall not disclose or otherwise disseminate the Confidential Information to any other person or entity without the prior written consent of the Debtor.

5. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of the Bankruptcy Rules and the Local Rules are satisfied by such notice.

6. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7. The Debtor is authorized to take all actions necessary to effectuate the relief granted by this Order in accordance with the Motion.

8. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation and enforcement of this Order.

Signed: December 18, 2024

_____
Christopher Lopez
United States Bankruptcy Judge