**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| RED RIVER TALC, LLC,[1] | ) | Case No. 24-90505 (CML) |
| Debtor. | ) | |

**THE COALITION OF COUNSEL FOR JUSTICE FOR TALC CLAIMANTS' NOTICE OF INTENT TO SERVE DEPOSITION SUBPOENA ON BENEDICT MORELLI**

Notice is hereby given that the Coalition of Counsel for Justice for Talc Claimants, through their counsel, issued a subpoena for the deposition of Benedict Morelli on January 3, 2025. A copy of the subpoena is attached as Exhibit 1. The deposition of Benedict Morelli will commence on January 9, 2025 at 9:00 a.m. (Prevailing Eastern Time) at the offices of Otterbourg P.C., 230 Park Avenue, 30th Floor, New York, New York 10169 or at such other time and place as may be agreed upon. The deposition may also be accessed via remote video conference. The deposition shall be taken upon oral examination before an officer authorized by law to administer oaths and may be recorded by videographer and/or by stenographic means.

Dated: January 4, 2025

**LAWSON & MOSHENBERG PLLC**

*/s/ Nicholas R. Lawson*
Nicholas R. Lawson
Texas Bar No. 24083367
Avi Moshenberg
Texas Bar No. 24083532
801 Travis Street
Suite 2101 #838
Houston, TX 77002
Tel: (832) 280-5670

[1] The last four digits of the Debtor's taxpayer identification number are 8508. The Debtor's mailing address is 501 George Street, New Brunswick, New Jersey 08993.

Nick.Lawson@lmbusinesslaw.com
Avi.Moshenberg@lmbusinesslaw.com

**OTTERBOURG P.C.**
Melanie L. Cyganowski (*pro hac vice*)
Adam C. Silverstein (*pro hac vice*)
Sunni P. Beville (*pro hac vice*)
David A. Castleman (*pro hac vice*)
230 Park Avenue
New York, New York 10169-0075
Tel: (212) 661-9100
mycganowski@otterbourg.com
asilverstein@otterbourg.com
sbeville@otterbourg.com
dcastleman@otterbourg.com

**BAILEY & GLASSER LLP**
Brian A. Glasser (*pro hac vice* pending)
Thomas B. Bennett (*pro hac vice* pending)
David L. Selby II (*pro hac vice* pending)
Jonathan Gold (*pro hac vice* pending)
1055 Thomas Jefferson Street, NW, Suite 540
Washington, DC 20007
Tel: (202) 463-2101
bglasser@baileyglasser.com
tbennett@baileyglasser.com
dselby@baileyglasser.com
jgold@baileyglasser.com
cjoshi@baileyglasser.com

Katherine E Charonko
BAILEY & GLASSER LLP
209 Capitol Street
Charleston WV 25301
Tel: (304) 345-6555
Fax: (304) 342-1110
kcharonko@baileyglasser.com

Elizabeth L. Stryker
BAILEY & GLASSER LLP
94 Long Street
Suite 200
Westover WV 26501
Tel: (304) 594-0087
estryker@baileyglasser.com

*Co-Counsel for Coalition of Counsel for Justice for Talc Claimants*

**CERTIFICATE OF SERVICE**

I certify that on January 4, 2025, I caused a true and correct copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Avi Moshenberg*__________
Avi Moshenberg