United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 13, 2025
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| | | | |
|---|---|---|---|
| Division | Texas, Houston Division | Main Case Number | 24-90505 |
| Debtor | | In Re: | Red River Talc LLC |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Benedict P. Morelli<br>Morelli Law Firm, PLLC<br>777 Third Ave., 31st Fl.<br>New York, NY 10017<br>(212) 751-9800<br>New York - 4911663<br>SDNY - BM6597 |

| | |
|---|---|
| Name of party applicant seeks to appear for: | Non-Party - Seeking to Appear to File Motion to Quash Subpoena Issued by Coalition of Counsel for Justice for Talc |

Has applicant been sanctioned by any bar association or court? Yes ______ No ✓

On a separate sheet for each sanction, please supply the full particulars.

| | |
|---|---|
| Dated: 1/8/2025 | Signed: [signature] |

| | |
|---|---|
| The state bar reports that the applicant's status is: | |
| Dated: | Clerk's signature: |

## Order

**This lawyer is admitted *pro hac vice*.**

Signed: January 13, 2025

[signature]
Christopher Lopez
United States Bankruptcy Judge