# Exhibit G



June 24, 2024

To Our Valued Clients:

We are grateful for the continued privilege of representing you against Johnson & Johnson. We are writing to provide you with further explanation as to why we are fighting so fervently to oppose J&J's unfair effort in its third bankruptcy attempt.

**Stop the Strip!**

[redacted]

**How J&J's Plan Would Work to Strip Women of Individual Choice**

[redacted] you as the client make the final choice. That is the way it works in the civil justice system.

[redacted]

OFFICE: 316 S. BAYLEN STREET · SUITE 600 · PENSACOLA, FL 32502
CORRESPONDENCE: P.O. BOX 12308 · PENSACOLA, FL 32591    CONTACT: (850) 435-7000 · (850) 435-7020 FAX · WWW.LEVINLAW.COM

CONFIDENTIAL                                         LP00000194



**J&J's Ballot Stuffing Effort – "Stop the Stuff"**

<u>**Too Little Compensation for Clients: Our Analysis**</u>

**Consider the Math**

CONFIDENTIAL     LP00000195

3

█████████████████████████

█████████████████████████

█████████████████████████

**Fair Compensation**

█████████████████████████

**Our Proposed Alternative – A Voluntary Option for You: It's a Matter of Choice**

█████████████████████████

CONFIDENTIAL           LP00000196

## Exhibit A

| Age Group | Death, Stage IV, Stage III w/Recurrence | Stage III without Recurrence | Stage II and I with Recurrence | Stage II without Recurrence | Stage I without Recurrence | Stage IV and III Borderline | Stage II and I Borderline |
|---|---|---|---|---|---|---|---|
| Under 45 | $1,000,000 | $628,721 | $435,268 | $265,997 | $169,271 | $96,726 | $64,484 |
| 45-49 | $822,173 | $534,413 | $369,978 | $226,098 | $143,880 | $82,217 | $54,812 |
| 50-54 | $628,721 | $408,669 | $282,924 | $172,898 | $110,026 | $62,872 | $41,915 |
| 55-59 | $531,995 | $345,796 | $239,398 | $146,299 | $93,099 | $53,199 | $35,466 |
| 60-64 | $386,905 | $251,488 | $174,107 | $106,399 | $67,708 | $38,691 | $25,794 |
| 65-69 | $290,179 | $188,616 | $130,580 | $79,799 | $50,781 | $29,018 | $19,345 |
| 70-74 | $241,816 | $157,180 | $108,817 | $66,499 | $42,318 | $24,182 | $16,121 |
| 75-79 | $174,107 | $113,170 | $78,348 | $47,880 | $30,469 | $17,411 | $11,607 |
| 80+ | $116,072 | $75,446 | $52,232 | $31,920 | $20,313 | $11,607 | $7,738 |
| Average Claim Value by Stage | $520,462 | $365,674 | $281,032 | $171,231 | $111,108 | $86,147 | $52,675 |

[redacted]

**J&J's Coercive Plan Should Be Rejected: Say NO!**

[redacted]

[redacted]

**Our intention is to vote to REJECT J&J's bankruptcy plan on your behalf unless you let us know that you prefer to vote to ACCEPT. If you choose to vote to ACCEPT, please let us know on or before July 12, 2024.** [redacted]

[redacted] you in this matter. We hold this privilege and responsibility with the utmost honor.

Very truly yours,

*[signature]*

W. Cameron Stephenson

4

CONFIDENTIAL                                                                                                          LP00000197