UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>RED RIVER TALC LLC,[1]<br><br>    Debtor. | Chapter 11<br><br>Case No. 24-90505 (CML) |

## NOTICE OF HYBRID HEARING SCHEDULED FOR JANUARY 16, 2025 AT 2:00 P.M. (PREVAILING CENTRAL TIME)

(Related to Docket Nos. 769, 786, 908, 914, 918)

**PLEASE TAKE NOTICE THAT** a *hybrid* hearing in the above-captioned chapter 11 case on the *Emergency Motion of Debtor to Strike the Coalition's Designation of Five Medical, Science, and Regulatory Experts* [Dkt. 769] and the *Debtor's Emergency Motion for Entry of Amended Case Management Order* [Dkt. 908] will take place on **January 16, 2025 at 2:00 p.m. (prevailing Central Time)** before the Honorable Christopher M. Lopez, United States Bankruptcy Judge, Courtroom 401, 4th Floor, 515 Rusk, Houston, Texas 77002.

*Audio Communication*

You may participate in the hearing either in person or by an audio and video connection. Audio communication will be by use of the Court's dial-in facility. You may access the facility at (832) 917-1510. Once connected, you will be asked to enter the conference room number. Judge Lopez's conference room number is 590153.

---

[1] The last four digits of the Debtor's taxpayer identification number are 8508. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

NAI-1542745212

-2-

***Video Communication***

Video communication will be by use of the GoTo platform.  Connect via the free GoTo application or click the link on Judge Lopez's homepage.  The meeting code is "judgelopez".  Click the settings icon in the upper right corner and enter your name under the personal information setting.

Hearing appearances must be made electronically in advance of both electronic and in person hearings.  To make your appearance, click the "Electronic Appearance" link on Judge Lopez's homepage.  Select the case name, complete the required fields and click "Submit" to complete your appearance.

[*Reminder of Page Intentionally Left Blank*]

Dated: January 14, 2025  
Houston, Texas

Respectfully submitted,

*/s/ John F. Higgins*
John F. Higgins (TX 09597500)
M. Shane Johnson (TX 24083263)
Megan Young-John (TX 24088700)
James A. Keefe (TX 24122842)
PORTER HEDGES LLP
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 228-1331
jhiggins@porterhedges.com
sjohnson@porterhedges.com
myoung-john@porterhedges.com
jkeefe@porterhedges.com

Gregory M. Gordon (TX 08435300)
Dan B. Prieto (TX 24048744)
Brad B. Erens (IL 06206864)
Amanda Rush (TX 24079422)
JONES DAY
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
dbprieto@jonesday.com
bberens@jonesday.com
asrush@jonesday.com

PROPOSED ATTORNEYS FOR DEBTOR

### Certificate of Service

I certify that on January 14, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas, and will be served as set forth in the Affidavit of Service to be filed by the Debtor's claims, noticing, and solicitation agent.

*/s/ John F. Higgins*
John F. Higgins