**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |
|---|---|
| In re: | Chapter 11 |
| RED RIVER TALC LLC,[1] | Case No. 24-90505 (CML) |
| Debtor. | |

**DEBTOR'S WITNESS AND EXHIBIT LIST**
**FOR HEARING ON JANUARY 16, 2025**

The above-captioned debtor (the "Debtor") files its Witness and Exhibit List for

the hearing to be held on January 16, 2025, at 2:00 p.m. (prevailing Central Time)

(the "Hearing") before the Honorable Judge Christopher M. Lopez, United States Bankruptcy

Judge, Courtroom 401, 515 Rusk Street, Houston, Texas 77002 as follows:

**WITNESSES**

The Debtor may call the following witnesses at the Hearing:

1.      Any witness called by any other party;

2.      Impeachment witnesses as necessary;

3.      Any witness necessary to rebut testimony of a witness called or designated
by any party.

---

[1]      The last four digits of the Debtor's taxpayer identification number are 8508.  The Debtor's address is
501 George Street, New Brunswick, New Jersey 08933.

**EXHIBITS**

| EXHIBIT NO. | DESCRIPTION | MARK | OFFER | OBJECTION | ADMIT | W/D | DISPOSITION |
|---|---|---|---|---|---|---|---|
| 1. | Dec. 4, 2024 email from D. Prieto to A. Silverstein, attached as Exhibit A to the *Emergency Motion of Debtor to Strike the Coalition's Designation of Five Medical, Science, and Regulatory Experts* [Dkt. 769] (the "Motion to Strike) [Dkt. 769-1] | | | | | | |
| 2. | Dec. 10, 2024 Hearing Transcript, attached as Exhibit B to the Motion to Strike [Dkt. 769-2] | | | | | | |
| 3. | Excerpts from the *Disclosure Statement for Prepacked Chapter 11 Plan of Reorganization of the Debtor*, attached as Exhibit A to the Debtor's reply in support of the Motion to Strike [Dkt. 918] (the "Reply") [Dkt. 918-1] | | | | | | |
| 4. | Expert Report of David A. Kessler, M.D. in Connection With Prepackaged Chapter 11 Plan of Reorganization of the Debtor, attached as Exhibit B to the Reply [Dkt. 918-2] | | | | | | |
| 5. | Expert Report of Judith Wolf, M.D., attached as Exhibit C to the Reply [Dkt. 918-3] | | | | | | |
| 6. | Expert Report of Rebecca Smith-Bindman, MD, attached as Exhibit D to the Reply [Dkt. 918-4] | | | | | | |
| 7. | Expert Report of Roberta B. Ness, MD, MPH, attached as Exhibit E to the Reply [Dkt. 918-5] | | | | | | |
| 8. | Expert Report of William M. Sage, M.D., J.D. in Connection With Prepackaged Chapter 11 Plan of Reorganization of the Debtor, attached as Exhibit F to the Reply [Dkt. 918-6] | | | | | | |
| 9. | June 24, 2024 Letter from Levin Papantonio Rafferty to Clients, attached as Exhibit G to the Reply [Dkt. 918-7] | | | | | | |

NAI-1542748972

| EXHIBIT NO. | DESCRIPTION | MARK | OFFER | OBJECTION | ADMIT | W/D | DISPOSITION |
|---|---|---|---|---|---|---|---|
| 10. | June 24, 2024 Letter from Levin Papantonio Rafferty to Clients, attached as Exhibit H to the Reply [Dkt. 918-8] | | | | | | |
| 11. | Open Letter From the Ad Hoc Committee of Supporting Counsel to All Holders of Channeled Talc Personal Injury Claims, attached as Exhibit I to the Reply [Dkt. 918-9] | | | | | | |
| 12. | Expert Report of Andrew R. Evans, CFA, attached as Exhibit J to the Reply [Dkt. 918-10] | | | | | | |
| 13. | Debtor's Expert Disclosures | | | | | | |
| 14. | The Coalition of Counsel for Justice for Talc Claimants' Expert Disclosures | | | | | | |
| 15. | Debtor's Rebuttal Expert Disclosures | | | | | | |
| 16. | *Disclosure Statement for Ninth Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code*, In re Imerys Talc Am. Inc., Case No. 19-10289 (LSS) (Bankr. D. Del. Jan. 18, 2021), Dkt. 2866 | | | | | | |
| 17. | *Disclosure Statement for Second Joint Plan of Reorganization of Imerys Talc America, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code*, In re Imerys Talc Am. Inc., Case No. 19-10289 (LSS) (Bankr. D. Del. Nov. 5, 2024), Dkt. 6733] | | | | | | |
| | Any document, pleading, exhibits, transcripts, orders or other documents filed in the above-captioned bankruptcy case | | | | | | |
| | Any exhibit necessary for impeachment and/or rebuttal purposes | | | | | | |
| | Any exhibit identified or offered by any other party | | | | | | |

NAI-1542748972

**RESERVATION OF RIGHTS**

The Debtor reserves the right to call or to introduce one or more, or none, of the

witnesses and exhibits listed above, and further reserve the right to supplement this list prior to

the Hearing.

Dated:  January 15, 2025                        Respectfully submitted,
Houston, Texas

                                                */s/ John F. Higgins*
                                                John F. Higgins (TX 09597500)
                                                M. Shane Johnson (TX 24083263)
                                                Megan Young-John (TX 24088700)
                                                James A. Keefe (TX 24122842)
                                                PORTER HEDGES LLP
                                                1000 Main Street, 36th Floor
                                                Houston, Texas 77002
                                                Telephone: (713) 226-6000
                                                Facsimile:  (713) 228-1331
                                                jhiggins@porterhedges.com
                                                sjohnson@porterhedges.com
                                                myoung-john@porterhedges.com
                                                jkeefe@porterhedges.com

                                                Gregory M. Gordon (TX 08435300)
                                                Dan B. Prieto (TX 24048744)
                                                Brad B. Erens (IL 06206864)
                                                Amanda Rush (TX 24079422)
                                                JONES DAY
                                                2727 N. Harwood Street
                                                Dallas, Texas 75201
                                                Telephone:  (214) 220-3939
                                                Facsimile:  (214) 969-5100
                                                gmgordon@jonesday.com
                                                dbprieto@jonesday.com
                                                bberens@jonesday.com
                                                asrush@jonesday.com

                                                PROPOSED ATTORNEYS FOR DEBTOR

**<u>Certificate of Service</u>**

   I certify that on January 15, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas, and will be served as set forth in the Affidavit of Service to be filed by the Debtor's claims, noticing and solicitation agent.

*/s/ John F. Higgins*
John F. Higgins

NAI-1542748972