UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| In re: | Chapter 11 |
|---|---|
| RED RIVER TALC LLC,[1] | Case No. 24-90505 (CML) |
| Debtor. | |

AGENDA FOR MATTERS SET FOR HYBRID HEARING
ON JANUARY 16, 2025 AT 2:00 P.M. (PREVAILING CENTRAL TIME)

TO THE HONORABLE CHRISTOPHER M. LOPEZ:

The above-captioned debtor (the "Debtor") files this Agenda of matters set for *hybrid hearing* on **January 16, 2025 at 2:00 p.m. (prevailing Central Time)** before the Honorable Judge Christopher M. Lopez, United States Bankruptcy Judge, Courtroom 401, 4th Floor, 515 Rusk Street, Houston, Texas 77002:

**A.      Motions:**

1. **Debtor's Emergency Motion for Entry of Amended Case Management Order [Dkt. 908] (the "Motion for Amended CMO").**

   **Status**:  This matter is going forward.

   **Related Documents**:

   (a)   Objection of the Coalition of Counsel for Justice for Talc Claimants to the Motion for Amended CMO [Dkt. 914].

   (b)   Notice of Hearing on the Motion for Amended CMO [Dkt. 925].

2. **Emergency Motion of Debtor to Strike the Coalition's Designation of Five Medical, Science, and Regulatory Experts [Dkt. 769] (the "Motion to Strike").**

   **Status**:  This matter is going forward.

---

[1]   The last four digits of the Debtor's taxpayer identification number are 8508.  The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

NAI-1542748537

**Related Documents**:

(a) Objection of the Coalition of Counsel for Justice for Talc Claimants to the Motion to Strike [Dkt. 786].

(b) Debtor's Reply in Support of the Motion to Strike [Dkt. 918].

(c) Notice of Hearing on the Motion to Strike [Dkt. 925].

**B.  Related Documents.**

(a) Debtor's Witness and Exhibit List [Dkt. 926].

Dated:  January 15, 2025
Houston, Texas

Respectfully submitted,

*/s/ John F. Higgins*
John F. Higgins (TX 09597500)
M. Shane Johnson (TX 24083263)
Megan Young-John (TX 24088700)
James A. Keefe (TX 24122842)
PORTER HEDGES LLP
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile:  (713) 228-1331
jhiggins@porterhedges.com
sjohnson@porterhedges.com
myoung-john@porterhedges.com
jkeefe@porterhedges.com

Gregory M. Gordon (TX 08435300)
Dan B. Prieto (TX 24048744)
Brad B. Erens (IL 06206864)
Amanda Rush (TX 24079422)
JONES DAY
2727 N. Harwood Street
Dallas, Texas 75201
Telephone:  (214) 220-3939
Facsimile:   (214) 969-5100
gmgordon@jonesday.com
dbprieto@jonesday.com
bberens@jonesday.com
asrush@jonesday.com

PROPOSED ATTORNEYS FOR DEBTOR

-3-

## Certificate of Service

  I certify that on January 15, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas, and will be served as set forth in the Affidavit of Service to be filed by the Debtor's claims, noticing and solicitation agent.

                 */s/ John F. Higgins*
                 John F. Higgins