United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 19, 2025
Nathan Ochsner, Clerk

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 24-90505 |
| RED RIVER TALC LLC, | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | CHAPTER 11 |

## ORDER COMPELLING BENEDICT MORELLI
## TO APPEAR FOR DEPOSITION
### (RE: ECF NOS. 898, 921)

The Court orders Benedict Morelli to appear for a deposition not to exceed 3.5 hours, in person or virtually, by January 27, 2025.

Signed on

Christopher Lopez
United States Bankruptcy Judge