**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>RED RIVER TALC LLC,[1]<br><br>    Debtor. | Chapter 11<br><br>Case No. 24-90505 (CML) |

**CERTIFICATE OF NO OBJECTION WITH
RESPECT TO DEBTOR'S MOTION TO SEAL**
[Related to Docket No. 869]

Pursuant to the *Procedures for Complex Cases in the Southern District of Texas*, effective September 18, 2024 (the "Complex Case Procedures"), and the *Order Granting Complex Chapter 11 Bankruptcy Case Treatment* [Dkt. 38] entered in the above-captioned chapter 11 case, the undersigned hereby certifies as follows:

    1.    On December 30, 2024, Red River Talc LLC, the debtor in the above-captioned chapter 11 case (the "Debtor") filed the *Motion of Debtor for Entry of an Order Authorizing the Filing Under Seal of Debtor's Emergency Motion to Compel the Deposition of Leigh O'Dell* [Dkt. 869] (the "Motion").

    2.    The deadline for receipt of objections to the Motion has passed.

    3.    In accordance with paragraph 44 of the Complex Case Procedures, the undersigned represents to the Court that the Debtor is unaware of any objection to the Motion and that counsel has reviewed the Court's docket and no response appears thereon.

---

[1]     The last four digits of the Debtor's taxpayer identification number are 8508. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

NAI-1542760792

4. Attached hereto is the proposed *Order Granting Motion of Debtor for Entry of an Order Authorizing the Filing Under Seal of Debtor's <u>Emergency</u> Motion to Compel the Deposition Of Leigh O'Dell* (the "<u>Proposed Order</u>").

5. The Debtor respectfully requests that the Court enter the Proposed Order.

Dated: January 22, 2025
Houston, Texas

Respectfully submitted,

*/s/ John F. Higgins*
John F. Higgins (TX 09597500)
M. Shane Johnson (TX 24083263)
Megan Young-John (TX 24088700)
James A. Keefe (TX 24122842)
PORTER HEDGES LLP
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 228-1331
jhiggins@porterhedges.com
sjohnson@porterhedges.com
myoung-john@porterhedges.com
jkeefe@porterhedges.com

Gregory M. Gordon (TX 08435300)
Dan B. Prieto (TX 24048744)
Brad B. Erens (IL 06206864)
Amanda Rush (TX 24079422)
JONES DAY
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
dbprieto@jonesday.com
bberens@jonesday.com
asrush@jonesday.com

PROPOSED ATTORNEYS FOR DEBTOR

-3-

## Certificate of Service

      I certify that on January 22, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas, and will be served as set forth in the Affidavit of Service to be filed by the Debtor's claims, noticing and solicitation agent.

                                                         */s/ John F. Higgins*
                                                         John F. Higgins

NAI-1542760792