IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| RED RIVER TALC LLC,[1] | Case No. 24-90505 (CML) |
| Debtor. | Related Dkt. No. [722] |

**JOINDER OF BEASLEY ALLEN TO THE OBJECTION OF THE COALITION OF COUNSEL FOR JUSTICE FOR TALC CLAIMANTS TO THE CONFIRMATION OF THE SECOND AMENDED PLAN OF REORGANIZATION**

Beasley, Allen, Crow Methvin, Portis & Miles, P.C. ("Beasley Allen"), on behalf of Plaintiff Tamara Newsome, hereby submits this joinder to the *Objection of the Coalition of Counsel for Justice for Talc Claimants to the Confirmation of the Second Amended Plan of Reorganization* [Dkt. 988] (the "Objection"), submitted by the Coalition in the above-captioned proceeding.

For the reasons set forth in the Objection, which is incorporated by reference as if fully set forth herein, Beasley Allen respectfully requests that the Court decline to confirm the Second Amended Plan of Reorganization and such other and further relief as the Court may deem just and proper.

---

[1] The last four digits of the Debtor's federal tax identification number are 8508. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

Dated: January 27, 2025                    Respectfully submitted,

*/s/ P. Leigh O'Dell*
P. Leigh O'Dell *(admitted pro hac vice)*
Andy Birchfield *(admitted pro hac vice)*
Ted Meadows *(admitted pro hac vice)*
BEASLEY, ALLEN, CROW, METHVIN
PORTIS & MILES, P.C.
218 Commerce St.
Montgomery, AL 36104
Tel: 334-269-2343
leigh.odell@beasleyallen.com

## CERTIFICATE OF SERVICE

I certify that on January 27, 2025, I caused a true and correct copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ P. Leigh O'Dell*