UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>RED RIVER TALC LLC,[1]<br><br>    Debtor. | Chapter 11<br><br>Case No. 24-90505 (CML) |

### AMENDED NOTICE OF VIRTUAL STATUS CONFERENCE SCHEDULED FOR FEBRUARY 12, 2025 AT 9:00 A.M. (PREVAILING CENTRAL TIME)

(Related to Docket No. 1068)

**PLEASE TAKE NOTICE THAT** the *virtual* status conference in the above-captioned chapter 11 case previously scheduled for February 11, 2025 at 3:00 p.m. (prevailing Central Time) has been rescheduled to **February 12, 2025 at 9:00 a.m. (prevailing Central Time)** before the Honorable Christopher M. Lopez, United States Bankruptcy Judge, Courtroom 401, 4th Floor, 515 Rusk, Houston, Texas 77002.

*Audio Communication*

You may participate in the status conference by an audio and video connection. Audio communication will be by use of the Court's dial-in facility. You may access the facility at (832) 917-1510. Once connected, you will be asked to enter the conference room number. Judge Lopez's conference room number is 590153.

*Video Communication*

Video communication will be by use of the GoTo platform. Connect via the free GoTo application or click the link on Judge Lopez's homepage. The meeting code is

---

[1] The last four digits of the Debtor's taxpayer identification number are 8508. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

NAI-1543159621

"judgelopez". Click the settings icon in the upper right corner and enter your name under the personal information setting.

Appearances must be made electronically in advance of the status conference. To make your appearance, click the "Electronic Appearance" link on Judge Lopez's homepage. Select the case name, complete the required fields and click "Submit" to complete your appearance.

| | |
|---|---|
| Dated: February 11, 2025<br>Houston, Texas | Respectfully submitted,<br><br>*/s/ John F. Higgins*<br>John F. Higgins (TX 09597500)<br>M. Shane Johnson (TX 24083263)<br>Megan Young-John (TX 24088700)<br>James A. Keefe (TX 24122842)<br>PORTER HEDGES LLP<br>1000 Main Street, 36th Floor<br>Houston, Texas 77002<br>Telephone: (713) 226-6000<br>Facsimile: (713) 228-1331<br>jhiggins@porterhedges.com<br>sjohnson@porterhedges.com<br>myoung-john@porterhedges.com<br>jkeefe@porterhedges.com<br><br>Gregory M. Gordon (TX 08435300)<br>Dan B. Prieto (TX 24048744)<br>Brad B. Erens (IL 06206864)<br>Amanda Rush (TX 24079422)<br>JONES DAY<br>2727 N. Harwood Street<br>Dallas, Texas 75201<br>Telephone: (214) 220-3939<br>Facsimile: (214) 969-5100<br>gmgordon@jonesday.com<br>dbprieto@jonesday.com<br>bberens@jonesday.com<br>asrush@jonesday.com<br><br>PROPOSED ATTORNEYS FOR DEBTOR |

NAI-1543159621

-3-

## Certificate of Service

       I certify that on February 11, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas, and will be served as set forth in the Affidavit of Service to be filed by the Debtor's claims, noticing, and solicitation agent.

                                        */s/ John F. Higgins*
                                        John F. Higgins

NAI-1543159621