Electronic Appearance Sheet

Spencer Ezell, U.S. Trustee
Client(s): U.S. Trustee

David Molton, Brown Rudnick LLP
Client(s): Official Committee of Talc Claimants

Jeffrey Jonas, Brown Rudnick LLP
Client(s): Official Committee of Talc Claimants

D. Cameron Moxley, Brown Rudnick LLP
Client(s): Official Committee of Talc Claimants

Eric Goodman, Brown Rudnick LLP
Client(s): Official Committee of Talc Claimants

Richard Golomb, Golomb Legal PC
Client(s): Coalition and Brandi Carl

John Bevis, The Barnes Law Group, LLC
Client(s): Claimants represented by The Barnes Law Group, LLC.

Frank Perch, White and Williams LLP
Client(s): Century Indemnity Co., ACE Property & Casualty Co., Great Northern Ins. Co., Pacific Employers Ins. Co. and Westchester Fire Ins. Co.

Erich Buck, Adelman & Gettleman, Ltd.
Client(s): Truck Insurance Exchange

Matthew Smith, Smith McBroom, PLLC
Client(s): Tamara Darrow

John Bevis, The Barnes Law Group, LLC
Client(s): Claimants represented by The Barnes Law Group

Erich Buck, Adelman & Gettleman, Ltd.
Client(s): Truck Insurance Exchange

Hunter Shkolnik, Napoli Shkolnik
Client(s): Erika Tarlow

Brian Goldstein, Goldstein Greco, P.C.
Client(s): Creditor Talcum Powder Claimants Represented by Goldstein Greco, P.C.

Debbie Green, McDermott Will & Emery LLP
Client(s): Personal Care Products Council

Steve Holmes, Cavazos Hendricks Poirot, P.C.
Client(s): Walmart, Inc.

Electronic Appearance Sheet

John Higgins, Porter Hedges LLP
Client(s): Debtor

M. Shane Johnson, Porter Hedges LLP
Client(s): Debtor

Kris Hansen, Paul Hastings LLP
Client(s): Official Talc Claimants Committee

Matt Murphy, Paul Hastings LLP
Client(s): Official Talc Claimants Committee

Ken Pasquale, Paul Hastings LLP
Client(s): Official Talc Claimants Committee

Ryan Montefusco, Paul Hastings LLP
Client(s): Official Talc Claimants Committee

Daniel Prieto, Jones Day
Client(s): Red River Talc LLC

Andy Birchfield, Beasley Allen
Client(s): Tamara Newsome et al

Allison Brown, Kirkland & Ellis
Client(s): Red River Talc LLC

Sander Esserman, Stutzman Bromberg Esserman. & Plifka
Client(s): Official Committee of Talc Claimants

Greg Gordon, Jones Day
Client(s): Red River Talc - Debtor

Erich Buck, Adelman & Gettleman, Ltd.
Client(s): Truck Insurance Exchange

Deborah Perry, Munsch Hardt Kopf & Harr, PC
Client(s): Walgreens Entities

Jayson Ruff, US DOJ
Client(s): US Trustee

Linda Richenderfer, UST
Client(s): UST

Charles Rubio, Parkins & Rubio LLP
Client(s): Ad Hoc Committee of Supporting Counsel

Electronic Appearance Sheet

Leigh O'Dell, Beasley Allen
Client(s): Tamara Newsome, and other claimants

Elizabeth Guffy, Troutman Pepper Locke LLP
Client(s): The Smith Law Firm

Anthony Harwood, Harwood Law PLLC
Client(s): Elizabeth Ashley Prather

Lynn Neuner, Simpson Thacher & Bartlett
Client(s): Travelers

William Russell, Simpson Thacher & Bartlett
Client(s): Travelers

Jason Brookner, Gray Reed
Client(s): Travelers