United States Bankruptcy Court
Southern District of Texas
**ENTERED**
February 21, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Civil Action: 4:25-cv-163 |
| RED RIVER TALC LLC, | § | Chapter 11 |
| | § | Bankruptcy Case No. 24-90505 (CML) |
| Debtor. | § | |

## ORDER

Travelers Casualty and Surety Company and the Travelers Indemnity Company (together, "Travelers") seeks leave to appeal the decision of the Bankruptcy Court not to allow discovery of communications made in the course of developing a plan of reorganization. See Doc. No. 2. Those communications are primarily ones between Debtor Red River Talc LLC ("Debtor") and certain creditors of Debtor.

Travelers makes a strong case. It is an insurer whose liability for the debts of the Debtor is likely to be significantly affected by whatever plan of reorganization is confirmed. And, if no plan of reorganization is confirmed, that likewise will significantly affect Travelers' liability.

Nonetheless, there is scant authority supporting leave to appeal a bankruptcy order as to pretrial discovery. Additionally, a multi-day hearing on confirmation of a proposed plan of reorganization is already underway, and any decision on the merits of this motion for leave will likely be mooted by the results of the ongoing confirmation hearing.

The Motion for Leave to Appeal is **DENIED** without prejudice to its subsequent re-filing.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 20th day of February, 2025.

_____
**KEITH P. ELLISON**
**UNITED STATES DISTRICT JUDGE**