# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| RED RIVER TALC, LLC,[1] | ) ) | Case No. 24-90505 (CML) |
| Debtor. | ) ) ) | |

## NOTICE OF FILING COALITION EXHIBITS
## FOR OMNIBUS HEARING COMMENCING FEBRUARY 18, 2025

On February 24, 2025, the Coalition of Counsel for Justice for Talc Claimants submitted its Second Amended Final Exhibit List for the Omnibus Hearing Commencing February 18, 2025 (the "Coalition's Exhibit List"). *See* ECF No. 1265. The Coalition of Counsel for Justice for Talc Claimants hereby files Coalition Exhibits identified on the Coalition's Second Amended Exhibit List.[2]

Dated: February 25, 2025

**LAWSON & MOSHENBERG PLLC**

*/s/ Avi Moshenberg*
Nicholas R. Lawson
Texas Bar No. 24083367
Avi Moshenberg
Texas Bar No. 24083532
801 Travis Street
Suite 2101 #838
Houston, TX 77002
Telephone: 832-280-5670
Nick.Lawson@lmbusinesslaw.com
Avi.Moshenberg@lmbusinesslaw.com

---

[1] The last four digits of the debtor's federal tax identification number are 8508. The Debtor's address is 501 George Street, New Brunswick, NJ 08933.

[2] Consistent with the Parties' confidentiality agreements, certain exhibits here are being filed under seal.

-AND-

**OTTERBOURG P.C.**
Melanie L. Cyganowski (*pro hac vice*)
Adam C. Silverstein (*pro hac vice*)
Sunni P. Beville (*pro hac vice*)
David A. Castleman (*pro hac vice*)
230 Park Avenue
New York, New York 10169-0075
(212) 661-9100
mycganowski@otterbourg.com
asilverstein@otterbourg.com
sbeville@otterbourg.com
dcastleman@otterbourg.com

-AND-

**BAILEY & GLASSER LLP**
Brian A. Glasser (*pro hac vice* pending)
Thomas B. Bennett (*pro hac vice* pending)
David L. Selby II (*pro hac vice* pending)
Jonathan Gold (*pro hac vice* pending)
1055 Thomas Jefferson Street, NW, Suite 540
Washington, DC 20007
Tel: (202) 463-2101
Fax: (202) 463-2103
bglasser@baileyglasser.com
tbennett@baileyglasser.com
dselby@baileyglasser.com
jgold@baileyglasser.com
cjoshi@baileyglasser.com

Katherine E Charonko
BAILEY & GLASSER LLP
209 Capitol Street
Charleston WV 25301
Tel: (304) 345-6555
Fax: (304) 342-1110
kcharonko@baileyglasser.com

Elizabeth L. Stryker
BAILEY & GLASSER LLP
94 Long Street
Suite 200
Westover WV 26501
Tel: (304) 594-0087
estryker@baileyglasser.com

*Co-Counsel for Coalition of Counsel for Justice for Talc Claimants*

## **CERTIFICATE OF SERVICE**

I certify that on February 25, 2025, I caused a true and correct copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/Avi Moshenberg*____
Avi Moshenberg