IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RED RIVER TALC, LLC,[1] | ) | Case No. 24-90505 (CML) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**NOTICE OF FILING TRIAL EXHIBITS UTILIZED
DURING THE OMNIBUS HEARING COMMENCING FEBRUARY 18, 2025**

The Coalition of Counsel for Justice for Talc Claimants marked trial exhibits during the Omnibus Hearing that commenced February 18-28, 2025. The Coalition of Counsel for Justice for Talc Claimants files the attached Trial Exhibit 12 for inclusion in the record. Because Trial Exhibit 12 is a large format spreadsheet, the native file will be delivered to the Court, and the slipsheet for the same is attached to this Notice.[2]

Dated: March 5, 2025

**LAWSON & MOSHENBERG PLLC**

 /s/ Nicholas R. Lawson
Nicholas R. Lawson
Texas Bar No. 24083367
Avi Moshenberg
Texas Bar No. 24083532
801 Travis Street
Suite 2101 #838
Houston, TX 77002
Telephone: 832-280-5670
Nick.Lawson@lmbusinesslaw.com
Avi.Moshenberg@lmbusinesslaw.com

---

[1] The last four digits of the debtor's federal tax identification number are 8508. The Debtor's address is 501 George Street, New Brunswick, NJ 08933.

[2] Consistent with the Parties' confidentiality agreements, certain exhibits here are being filed under seal.

-AND-

**OTTERBOURG P.C.**
Melanie L. Cyganowski (*pro hac vice*)
Adam C. Silverstein (*pro hac vice*)
Sunni P. Beville (*pro hac vice*)
David A. Castleman (*pro hac vice*)
230 Park Avenue
New York, New York 10169-0075
(212) 661-9100
mycganowski@otterbourg.com
asilverstein@otterbourg.com
sbeville@otterbourg.com
dcastleman@otterbourg.com

-AND-

**BAILEY & GLASSER LLP**
Brian A. Glasser (*pro hac vice* pending)
Thomas B. Bennett (*pro hac vice* pending)
David L. Selby II (*pro hac vice* pending)
Jonathan Gold (*pro hac vice* pending)
1055 Thomas Jefferson Street, NW, Suite 540
Washington, DC 20007
Tel: (202) 463-2101
Fax: (202) 463-2103
bglasser@baileyglasser.com
tbennett@baileyglasser.com
dselby@baileyglasser.com
jgold@baileyglasser.com
cjoshi@baileyglasser.com

Katherine E Charonko
BAILEY & GLASSER LLP
209 Capitol Street
Charleston WV 25301
Tel: (304) 345-6555
Fax: (304) 342-1110
kcharonko@baileyglasser.com

Elizabeth L. Stryker
BAILEY & GLASSER LLP
94 Long Street
Suite 200
Westover WV 26501
Tel: (304) 594-0087
estryker@baileyglasser.com

*Co-Counsel for Coalition of Counsel for Justice for Talc Claimants*

## CERTIFICATE OF SERVICE

I certify that on March 5, 2025, I caused a true and correct copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/Nicholas R. Lawson
Nick Lawson