IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| RED RIVER TALC LLC, | ) Case No. 24-90505 (CML) |
| | ) |
| Debtor.[1] | ) |

**TRAVELERS' MOTION FOR ENTRY
OF AN ORDER AUTHORIZING FILING UNDER
SEAL OF TRAVELERS' OPENING AND CLOSING DEMONSTRATIVES
FROM THE CONSOLIDATED HEARING COMMENCED ON FEBRUARY 18, 2025**

> **IF YOU OBJECT TO THE RELIEF REQUESTED, YOU MUST RESPOND IN WRITING. UNLESS OTHERWISE DIRECTED BY THE COURT, YOU MUST FILE YOUR RESPONSE ELECTRONICALLY AT HTTPS://ECF.TXSB.USCOURTS.GOV/ WITHIN TWENTY-ONE DAYS FROM THE DATE THIS MOTION WAS FILED. IF YOU DO NOT HAVE ELECTRONIC FILING PRIVILEGES, YOU MUST FILE A WRITTEN OBJECTION THAT IS ACTUALLY RECEIVED BY THE CLERK WITHIN TWENTY-ONE DAYS FROM THE DATE THIS MOTION WAS FILED. OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.**

Travelers Casualty and Surety Company (formerly known as The Aetna Casualty and Surety Company) and The Travelers Indemnity Company (together, "Travelers") respectfully state the following in support of this motion (this "Motion"):

**Relief Requested**

1. By this Motion, Travelers seeks the entry of an order from this Court substantially in the form attached hereto (the "Order") (a) authorizing Travelers to file under seal unredacted versions of its opening and closing demonstratives (the "Demonstratives") submitted in connection with the consolidated hearing commencing February 18, 2025 (the "Consolidated Hearing"); and (b) granting related relief. The Demonstratives reference materials marked as "Confidential" or "Professional Eyes Only" by other parties (the "Confidential Information"). Travelers is

---

[1] The last four digits of the Debtor's taxpayer identification number are 8508. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

requesting the relief identified above solely on that basis and has no objection to these documents being publicly filed in their unredacted form.

2.  Travelers will provide an unredacted copy of the Demonstratives to: (a) counsel to the debtor in the above-captioned bankruptcy case (the "Debtor"); (b) counsel to the Debtor's non-debtor affiliates, Johnson & Johnson Holdco (NA) Inc. and Johnson & Johnson; (c) counsel to the AHC of Supporting Counsel; (d) counsel to the Official Committee of Talc Claimants (the "TCC"); (e) the U.S. Trustee; (f) counsel to the Coalition of Counsel for Justice for Talc Claimants; and (g) counsel to the future talc claimants (the "FCR"). Travelers will further provide unredacted copies of the Demonstratives to other persons upon further order of the Court or upon agreement of the parties.

### Jurisdiction and Venue

3.  The United States Bankruptcy Court for the Southern District of Texas (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This is a core proceeding within the meaning of 28 U.S.C. § 157(b).

4.  Venue is proper pursuant to §§ 1408 and 1409.

5.  The bases for the relief requested herein are 105(a) and 107 of title 11 of the United States Code (the "Bankruptcy Code"), rule 9018 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rule 9037-1 of the Bankruptcy Local Rules for the Southern District of Texas.

### Background

6.  The Demonstratives are being filed in connection with the Consolidated Hearing.

7.  The Demonstratives reference underlying materials designated as "Confidential" or "Professional Eyes Only" under the *Stipulated and Agreed Protective Order Governing Confidential Information by and between the Official Committee of Talc Claimants, the Ad Hoc*

*Committee of Supporting Counsel, the Coalition of Counsel for Justice for Talc Claimants, and the Debtor* [Docket No. 1133] (the "Protective Order").  The Protective Order provides that a party must file a motion to seal in order to use Confidential Information in any pleading filed with the Court.

### Basis For Relief

8.      Section 107(b) of the Bankruptcy Code, in relevant part, provides courts with the power to issue orders that protect entities from potential harm that may result from the disclosure of certain confidential information:

> On request of a party in interest, the bankruptcy court shall, and on the bankruptcy court's own motion, the bankruptcy court may—
>
> > (1) protect an entity with respect to a trade secret or confidential research, development, or commercial information. . . .

11 U.S.C. § 107(b)(1); *see also* Fed. R. Bankr. P. 9018.

9.      Unlike its counterpart in Rule 26(c) of the Federal Rules of Civil Procedure, section 107(b) of the Bankruptcy Code does not require an entity seeking such protection to demonstrate "good cause."  *See Video Software Dealers Ass'n v. Orion Pictures Corp.* (*In re Orion Pictures Corp.*), 21 F.3d 24, 28 (2d Cir. 1994); *Phar-Mor, Inc. v. Defendants Named Under Seal* (*In re Phar-Mor, Inc.*), 191 B.R. 675, 679 (Bankr. N.D. Ohio 1995).  Instead, if the material sought to be protected satisfies one of the categories identified in section 107(b), "the court is *required* to protect a requesting interested party and has no discretion to deny the application."  *In re Orion Pictures Corp.*, 21 F.3d at 27 (emphasis in original); *Wyndham Vacation Resorts, Inc. v. Faucett (In re Faucett)*, 438 B.R. 564, 568 (Bankr. W.D. Tex. 2010).

10.      Here, Travelers is only seeking to file the Demonstratives under seal because they reference materials that other parties have marked as Confidential Information.  Travelers is requesting authority to seal solely on that basis and has no objection to these documents being

-3-

publicly filed in their unredacted form. Travelers files this motion consistent with the Protective Order and submits that good cause exists to file the unredacted Demonstratives under seal.

## Notice

11.     Travelers will provide notice of this Motion to the following parties: (a) counsel to the Debtor; (b) counsel to the Debtor's non-debtor affiliates, Johnson & Johnson Holdco (NA) Inc. and Johnson & Johnson; (c) counsel to the AHC of Supporting Counsel; (d) counsel to the TCC; (e) the U.S. Trustee; (f) counsel to the Coalition of Counsel for Justice for Talc Claimants; (g) counsel to the FCR; (h) any other party that has requested notice pursuant to Bankruptcy Rule 2002; and (e) any party that receives notice through the Court's Electronic Case Filing (CM/ECF) system.  Travelers submits that, in light of the nature of the relief requested, no other or further notice needs to be given.

WHEREFORE, Travelers respectfully requests that the Court enter the Order, granting the relief requested herein and such other relief as the Court deems appropriate under the circumstances.

[*Remainder of page intentionally left blank*]

Respectfully submitted this 5th day of March, 2025.

**GRAY REED**

By: */s Jason S. Brookner*
    Jason S. Brookner
    Texas Bar No. 24033684
    Lydia R. Webb
    Texas Bar No. 24083758
1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056
Telephone: (713) 986-7000
Facsimile: (713) 986-7100
Email:    jbrookner@grayreed.com
           lwebb@grayreed.com

- and -

**SIMPSON THACHER & BARTLETT LLP**
   Lynn K. Neuner (admitted *pro hac vice*)
   William T. Russell, Jr. (admitted *pro hac vice*)
   David R. Zylberberg (admitted *pro hac vice*)
   Matthew C. Penny (admitted *pro hac vice*)
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
Email:    lneuner@stblaw.com
           wrussell@stblaw.com
           david.zylberberg@stblaw.com
           matthew.penny@stblaw.com

**COUNSEL TO TRAVELERS CASUALTY AND SURETY COMPANY (F/K/A THE AETNA CASUALTY AND SURETY COMPANY) AND THE TRAVELERS INDEMNITY COMPANY**

**Certificate of Service**

    The undersigned hereby certifies that on the 5th day of March 2025, he caused a true and correct copy of the foregoing document to be served via the Court's CM/ECF system.

                    */s/ Jason S. Brookner*
                    Jason S. Brookner