# Connie Peterson

600 Railroad Drive Apt. 202
Norwood Young America, MN 55368
612-803-4283

United States Courts
Southern District of Texas
FILED

MAY - 2 2025

Nathan Ochsner, Clerk of Court

April 27, 2025

Honorable Judge Christopher Lopez
U.S. Bankruptcy Court
for Southern District of Texas
Houston Division
% Bob Casey
515 Rusk Street
Houston, TX 77002

Dear Honorable Judge Christopher Lopez:

All documentation for what I will share has been sitting in the hands of Napoli Shkolnik PLLC for years under their Case No. TAL048961 for Ovarian Cancer, also a part of Case No. 24-90505, document 1424, filed in TXSB on 3/31/25 by Red River Talc LLC.

I would like to understand why Johnson and Johnson has not settled my ovarian cancer case with me, which you ordered dismissed along with an adversary Case No. 24-03194.

My case began in 2015 after an ovarian cancer surgery removed a tumor over 10 pounds, which was cancerous. A biopsy of the tumor revealed that talcum powder was in the fiber of the tumor. I had used Johnson and Johnson talcum powder since early 20's and I was 69 at time of surgery; so it had been many years.

I had a reaction to the first Chemo; so was given another one to the tune of $11,000 for each treatment but was still sick a week at a time.

OVER

Approximately a year later, I had a heart attack as a result of the Chemo weakening my body organs. I had two heart surgeries in 2016 and had to have a pacemaker put in during January of 2022 because the atrial fibulation was keeping me sick a good portion of my life.

I, also, developed a hernia along side of the incision that was quite large and after trying to put it off, I had to have emergency surgery on that in November of 2021 and more surgery in 2024 all because of the tumor.

The result of all this is that I went from working full-time to part-time and then not at all; so it has caused a tremendous financial hardship and a definite decline in my health and strength.

I do not know why Johnson and Johnson would not want to settle with me because it was their product that created all these health issues and financial hardship. I don't feel like you care either Judge because I do not believe you thoroughly reviewed each case included in the lawsuit. Then how can you Judge Lopez in good faith dismiss this case?

Respectfully,

*Connie L Peterson*

Connie L Peterson

cc: Nathan Ochsner
    Clerk of Court
    P. O. Box 61010
    Houston, TX 77208

cc: Bob Casey

Connie Peterson
600 Railroad Rive Apt 202
Norwood Young America, MN 55368

SAINT PAUL MN 550
28 APR 2025 PM 8 L

Nathan Ochsner, Clerk of Court
United States Bankruptcy Court
P. O. Box 61010
Houston, TX 77208