**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RED RIVER TALC LLC,[1] | ) | Case No. 24-90505 (CML) |
| | ) | |
| Former Debtor. | ) | |
| | ) | |

**NOTICE OF VIRTUAL STATUS CONFERENCE SCHEDULED FOR**
**SEPTEMBER 3, 2025 AT 2:00 P.M. (PREVAILING CENTRAL TIME)**

**PLEASE TAKE NOTICE THAT** a *virtual* status conference in the above-captioned chapter 11 case will take place on **September 3, 2025 at 2:00 p.m. (prevailing Central Time)** before the Honorable Christopher M. Lopez, United States Bankruptcy Judge.

*Audio Communication*

The status conference will be *virtual only*. Audio communication will be by use of the Court's dial-in facility. You may access the facility at (832) 917-1510. Once connected, you will be asked to enter the conference room number. Judge Lopez's conference room number is 590153.

*Video Communication*

Video communication will be by use of the GoTo platform. Connect via the free GoTo application or click the link on Judge Lopez's homepage. The meeting code is "judgelopez". Click the settings icon in the upper right corner and enter your name under the personal information setting.

---

[1] The last four digits of Red River's taxpayer identification number are 8508. Red River's address is 501 George Street, New Brunswick, New Jersey 08933.

17398193

Status conference appearances must be made electronically in advance of both electronic and in person hearings. To make your appearance, click the "Electronic Appearance" link on Judge Lopez's homepage. Select the case name, complete the required fields and click "Submit" to complete your appearance.

*[Remainder of page intentionally left blank]*

17398193

Dated:  August 22, 2025
Houston, Texas

Respectfully submitted,

/s/ John F. Higgins
John F. Higgins (TX 09597500)
M. Shane Johnson (TX 24083263)
Megan Young-John (TX 24088700)
James A. Keefe (TX 24122842)
**PORTER HEDGES LLP**
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 228-1331
Email: jhiggins@porterhedges.com
        sjohnson@porterhedges.com
        myoung-john@porterhedges.com
        jkeefe@porterhedges.com

-and-

Gregory M. Gordon (TX 08435300)
Dan B. Prieto (TX 24048744)
Brad B. Erens (IL 06206864)
Amanda Rush (TX 24079422)
**JONES DAY**
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
Email: gmgordon@jonesday.com
        dbprieto@jonesday.com
        bberens@jonesday.com
        asrush@jonesday.com

*ATTORNEYS FOR RED RIVER TALC
LLC*

## Certificate of Service

I certify that on August 22, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ John F. Higgins
John F. Higgins

17398193