United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 14, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>RED RIVER TALC, LLC[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 24-90505 (CML) |

**FINAL ORDER ALLOWING COMPENSATION AND REIMBURSEMENT OF EXPENSES**

The Court has considered the *First and Final Fee Application of Randi S. Ellis as the Legal Representative for Future Talc Claimants for the Period from September 20, 2024, Through and Including April 28, 2025* filed by Randi S. Ellis (the "Applicant"). The Court orders:

1. Applicant is allowed compensation and reimbursement of fees and expenses in the amount of **$1,344,655.21** for the period set forth in the application.

2. The compensation and reimbursement of fees and expenses allowed in this order and all previous interim allowances of compensation and reimbursement of expenses are approved on a final basis.

3. The Debtors are authorized to disburse any unpaid amounts allowed by paragraphs 1 or 2 of this Order.

Signed: October 14, 2025

_____
Christopher Lopez
United States Bankruptcy Judge

---

[1] The last four digits of the Debtor's taxpayer identification number are 8508. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.