United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 14, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

---

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| RED RIVER TALC LLC,[1] | : | Case No. 24-905005 (CML) |
| Debtor. | : | |

---

**FINAL ORDER ALLOWING COMPENSATION
AND REIMBURSEMENT OF EXPENSES**
**(Docket No. 1494)**

The Court has considered the *Second Interim and Final Fee Application of Stutzman, Bromberg, Esserman & Plifka, P.C., as Texas Counsel to The Official Committee of Talc Claimants for Compensation for Services Rendered and Reimbursement of Expenses Incurred During the Interim Period from January 1, 2025 through April 24, 2025 and the Final Period from October 28, 2024 through April 24, 2025* filed by Stutzman, Bromberg, Esserman & Plifka, P.C. (the "Applicant"). The Court orders:

1. The Applicant is allowed final compensation and reimbursement of expenses in the amount of $1,124,683.17 for the period set forth in the Application.

2. The compensation and reimbursement of expenses allowed in this order and all previous interim allowances of compensation and reimbursement of expenses are approved on a final basis.

3. The Debtor is authorized and directed to promptly pay to the Applicant the outstanding amount of $445,311.72.

Signed: October 14, 2025

_____
Christopher Lopez
United States Bankruptcy Judge

---

[1] The last four digits of the Debtor's taxpayer identification number are 8508. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.