UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: <br><br> RED RIVER TALC LLC,[1] <br><br> Former Debtor. | Chapter 11 <br><br> Case No. 24-90505 (CML) |

### RED RIVER TALC LLC'S WITNESS AND EXHIBIT LIST FOR HEARING ON OCTOBER 21, 2025

Red River Talc LLC ("Red River"), the former debtor in the above-captioned dismissed chapter 11 case, files its Witness and Exhibit List for the hearing to be held on October 21, 2025, at 4:00 p.m. (prevailing Central Time) (the "Hearing") before the Honorable Judge Christopher M. Lopez, United States Bankruptcy Judge, Courtroom 401, 515 Rusk Street, Houston, Texas 77002 as follows:

### WITNESSES

Red River may call the following witnesses at the Hearing:

1. Jeffrey Jonas/Brown Rudnick LLP ("Brown Rudnick");[2]

2. Kim Carney, Co-Chair of the Official Committee of Talc Claimants;[3]

3. Any witness called by any other party;

4. Impeachment witnesses as necessary; and

---

[1] The last four digits of the Red River Talc LLC's taxpayer identification number are 8508. Red River Talc LLC's address is 501 George Street, New Brunswick, New Jersey 08933.

[2] Red River expects to introduce the testimony of Brown Rudnick through a 30(b)(6) deposition, held October 16, 2025. Red River anticipates filing deposition designations with the Court on Monday, October 20, 2025.

[3] This witness is out of the jurisdiction and Red River understands will not attend the Hearing. Red River expects to introduce her testimony through deposition designations (the deposition was held October 17, 2025). Red River anticipates filing deposition designations with the Court on Monday, October 20, 2025.

5. Any witness necessary to rebut testimony of a witness called or designated by any party.

## EXHIBITS

| EXHIBIT NO. | DESCRIPTION | MARK | OFFER | OBJECTION | ADMIT | W/D | DISPOSITION |
|---|---|---|---|---|---|---|---|
| 1. | Application for an Order Authorizing the Employment and Retention of Brown Rudnick LLP as Co-Counsel for the Official Committee of Talc Claimants Nunc Pro Tunc to November 18, 2024 [Dkt. 805] (the "Brown Rudnick Retention Application") | | | | | | |
| 2. | Declaration of Susan Seiger-Grimm in Support of the Brown Rudnick Retention Application [Dkt. 805-2] | | | | | | |
| 3. | Joint Declaration of Rebecca Love, DDS, Dr. Tina Lynch, Erika Tarlow and Kim Carney in Support of the Brown Rudnick Retention Application [Dkt. 805-3] | | | | | | |
| 4. | Debtor's Notice of Opposition to Prospective Retention of Counsel by the Official Committee of Talc Claimants [Dkt. 677] | | | | | | |
| 5. | Debtor's Omnibus Objection to the Official Committee of Talc Claimants' Applications to Retain Certain Law Firms [Dkt. 895] (the "Debtor's Objection") | | | | | | |
| 6. | United States Trustee's Omnibus Objection to the Official Committee of Talc Claimants' Applications to Employ Brown Rudnick LLP and Paul Hastings LLP as Co-Counsel for the Official Committee of Talc Claimants and Susman Godfrey LLP and McKool Smith as Special Litigation Counsel [Dkt. 924] (the "U.S. Trustee's Objection") | | | | | | |
| 7. | Supplemental Declaration of Susan Seiger-Grimm in Support of the Brown Rudnick Retention Application [Dkt. 1443] | | | | | | |

| EXHIBIT NO. | DESCRIPTION | MARK | OFFER | OBJECTION | ADMIT | W/D | DISPOSITION |
|---|---|---|---|---|---|---|---|
| 8. | Omnibus Response of the Official Committee of Talc Claimants to the Debtor's Objection and the U.S. Trustee Objection [Dkt. 1447] | | | | | | |
| 9. | Brown Rudnick Final Fee Application for the Period From November 18, 2024 Through and Including March 31, 2025 [Dkt. 1444] (the "Brown Rudnick Final Fee Application") | | | | | | |
| 10. | Declaration of David J. Molton in Support of Brown Rudnick Final Fee Application, attached as Exhibit A to the Brown Rudnick Final Fee Application [Dkt. 1444] | | | | | | |
| 11. | Invoices attached to the Brown Rudnick Final Fee Application [Dkt. 1444] | | | | | | |
| 12. | Summary of Hours Expended and Fees Incurred by Matter Category, attached as Exhibit C to the Brown Rudnick Final Fee Application [Dkt. 1444] | | | | | | |
| 13. | Summary of Hours Expended and Fees Incurred by Professionals, attached as Exhibit D to the Brown Rudnick Final Fee Application [Dkt. 1444] | | | | | | |
| 14. | Summary of Expenses, attached as Exhibit F the Brown Rudnick Final Fee Application [Dkt. 1444] | | | | | | |
| 15. | Reservation of Rights of Red River Talc LLC With Respect to Brown Rudnick Final Fee Application [Dkt. 1459] | | | | | | |
| 16. | Red River Objection to Brown Rudnick Final Fee Application [Dkt. 1493] (the "Red River Brown Rudnick Fee Objection") | | | | | | |
| 17. | Multiple Attendees, attached as Exhibit A to the Red River Brown Rudnick Fee Objection [Dkt. 1493-1] | | | | | | |

| EXHIBIT NO. | DESCRIPTION | MARK | OFFER | OBJECTION | ADMIT | W/D | DISPOSITION |
|---|---|---|---|---|---|---|---|
| 18. | Unnecessary or Incorrectly Invoiced Fees Incurred After the Combined Hearing, attached as Exhibit B to the Red River Brown Rudnick Fee Objection [Dkt. 1493-2] | | | | | | |
| 19. | Examples of Excessive or Otherwise Unreasonable Expenses attached as Exhibit C to the Red River Brown Rudnick Fee Objection [Dkt. 1493-3] | | | | | | |
| 20. | Memorandum Decision and Order [Dkt. 1424] | | | | | | |
| 21. | Motion of the TCC and its Professionals for Limited Reconsideration or Clarification of Memorandum Decision and Order [Dkt. 1433] (the "Motion to Reconsider") | | | | | | |
| 22. | Order Denying Motion to Reconsider [Dkt. 1441] | | | | | | |
| 23. | Jan. 29, 2025 Email from Cathy Haddix (Levin, Papantonio, Proctor, Buchanan, O'Brien, Barr & Mougey, PA) to David Molton (Brown Rudnick) [Bates Number 22 -31] | | | | | | |
| 24. | Nov. 20, 2024 Emails among Jeffrey Jonas (Brown Rudnick), Adam Silverstein (Otterbourg), Sunni Beville (Otterbourg), Michael Winograd (Brown Rudnick), David Molton (Brown Rudnick), Lydell Benson (Brown Rudnick) [Bates Numbers 91-93] | | | | | | |
| 25. | Nov. 27, 2024 Emails between Jeffrey Jonas (Brown Rudnick) and Adam Silverstein (Otterbourg) [Bates Numbers 106-108] | | | | | | |
| 26. | Mar. 12, 2025 Emails between Jeffrey Jonas (Brown Rudnick), Adam Silverstein (Otterbourg), Michael Maizel (Otterbourg), Jessica Hildebrandt (Otterbourg) [Bates Numbers 120-121] | | | | | | |

-5-

| EXHIBIT NO. | DESCRIPTION | MARK | OFFER | OBJECTION | ADMIT | W/D | DISPOSITION |
|---|---|---|---|---|---|---|---|
| 27. | Nov. 20, 2024 Email from Susan Sieger-Grimm (Brown Rudnick) to Andy Birchfield (Beasley Allen), Cameron Stephenson (Levin Law), Chritopher Tisi (Levin Law), Larry Berman (Levin Sedran & Berman), Leigh O'Dell (Beasley Allen), Richard Golomb (Anapol Weiss, Golomb Legal), Ted Meadows (Beasley Allen), David Molton (Brown Rudnick), Jeffrey Jones (Brown Rudnick) [Bates Numbers 130-140] | | | | | | |
| 28. | Nov. 20, 2024 Email between Susan Sieger-Grimm (Brown Rudnick), Melanie Cyganowski (Otterbourg), David Molton (Brown Rudnick) [Bates Number 146] | | | | | | |
| 29. | Check to Brown Rudnick [Bates Numbers 262] | | | | | | |
| 30. | June 11 and 23, 2025 Emails between Jeffrey Jonas (Brown Rudnick), Andy Birchfield (Beasley Allen), Leigh O'Dell (Beasley Allen) [Bates Numbers 263-264] | | | | | | |
| 31. | July 17, 2024 Correspondence from David Molton (Brown Rudnick) to the Coalition [Bates Numbers 265-288] | | | | | | |
| 32. | Detail of Brown Rudnick Fees by Project Category [Bates Number 308] | | | | | | |
| 33. | Chart of Payments [Bates Number 309] | | | | | | |
| 34. | Statement of the Official Committee of Talc Claimants in Support of the Debtor's Chapter 11 Cases, Forthcoming Amended Plan and Plan Process [Dkt. 613] | | | | | | |

| EXHIBIT NO. | DESCRIPTION | MARK | OFFER | OBJECTION | ADMIT | W/D | DISPOSITION |
|---|---|---|---|---|---|---|---|
| 35. | The Official Committee of Talc Claimants' (I) Statement of Support for Approval of the Disclosure Statement and Confirmation of the Third Amended Plan, (II) Opposition to the Dismissal Motions, the Coalition Voting Motions, and the Epiq Reconsideration Motions, and (III) Omnibus Joinder in Support of the Plan [Dkt. 1407] | | | | | | |
| 36. | October 9, 2025 Red River Subpoena to Kim Carney to Produce Documents, Information or Objects | | | | | | |
| 37. | Notice of Official Committee of Talc Claimant's Support For Amended Plan [Dkt. 560] | | | | | | |
| 38. | Red River October 2, 2025 Rule 30(b)(6) Deposition Notice to Brown Rudnick | | | | | | |
| 39. | Red River October 2, 2025 Requests for Production to Brown Rudnick | | | | | | |
| 40. | Dec. 2, 2024 Email from Susan Sieger-Grimm (Beasley Allen) to David Molton (Brown Rudnick), Michelle Parfitt (Ashcraft), R. Bryant McCully (Ashcraft) with Executed Termination and Waiver Letter [Bates Numbers 1-5] | | | | | | |
| 41. | Nov. 24, 2024 Email from Leigh O'Dell (Beasley Allen) to Susan Sieger-Grimm (Beasley Allen), Andy Birchfield (Beasley Allen), David Molton (Brown Rudnick) with Executed Termination and Waiver Letter [Bates Numbers 16-21] | | | | | | |
| 42. | Nov. 19, 2024 Email from Larry Berman (Levin Sedran) to Leigh O'Dell (Beasley Allen), David Molton (Brown Rudnick), Richard Golomb (Golomb), Chris Tisi (Levin Papantonio), Andy Birchfield (Beasley Allen), Ted Meadows (Beasley Allen) with Executed Termination and Waiver Letter [Bates Numbers 173-177] | | | | | | |

| EXHIBIT NO. | DESCRIPTION | MARK | OFFER | OBJECTION | ADMIT | W/D | DISPOSITION |
|---|---|---|---|---|---|---|---|
| 43. | Termination and Waiver Letter Executed by Robinson Calcagnie, Inc. [Bates Numbers 201-204] | | | | | | |
| 44. | Termination and Waiver Letter Executed by Levin, Papantonio, Proctor, Buchanan, O'Brien, Barr, Mougey, PA [Bates Numbers 304-307] | | | | | | |
| 45. | Excerpts of the November 26, 2024 Hearing Transcript | | | | | | |
| | Any document, pleading, exhibits, transcripts, orders or other documents filed in the above-captioned dismissed bankruptcy case | | | | | | |
| | Any exhibit necessary for impeachment and/or rebuttal purposes | | | | | | |
| | Any exhibit identified or offered by any other party | | | | | | |

## RESERVATION OF RIGHTS

Red River reserves the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and further reserve the right to supplement this list prior to the Hearing.

[*Remainder of Page Intentionally Left Blank*]

| | |
|---|---|
| Dated:  October 17, 2025<br>Houston, Texas | Respectfully submitted,<br><br>*/s/ John F. Higgins*<br>John F. Higgins (TX 09597500)<br>M. Shane Johnson (TX 24083263)<br>Megan Young-John (TX 24088700)<br>James A. Keefe (TX 24122842)<br>PORTER HEDGES LLP<br>1000 Main Street, 36th Floor<br>Houston, Texas 77002<br>Telephone: (713) 226-6000<br>Facsimile:  (713) 228-1331<br>jhiggins@porterhedges.com<br>sjohnson@porterhedges.com<br>myoung-john@porterhedges.com<br>jkeefe@porterhedges.com<br><br>Gregory M. Gordon (TX 08435300)<br>Dan B. Prieto (TX 24048744)<br>David S. Torborg (DC 475598) (*pro hac vice*)<br>Amanda Rush (TX 24079422)<br>JONES DAY<br>2727 N. Harwood Street<br>Dallas, Texas 75201<br>Telephone:  (214) 220-3939<br>Facsimile:   (214) 969-5100<br>gmgordon@jonesday.com<br>dbprieto@jonesday.com<br>dstorborg@jonesday.com<br>asrush@jonesday.com<br><br>ATTORNEYS FOR RED RIVER TALC LLC |

**Certificate of Service**

I certify that on October 17, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ John F. Higgins*
John F. Higgins

NAI-5004543882