**IN THE UNITED STATES BANKRUPTCY
COURT FOR THE SOUTHERN DISTRICT OF
TEXAS HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| RED RIVER TALC, LLC,[1] | Case No. 24-90505 (CML) |
| Debtor. | |

**RED RIVER TALC LLC'S
WITNESS AND EXHIBIT LIST FOR HEARING SCHEDULED
FOR OCTOBER 21, 2025, AT 4:00 P.M. (PREVAILING CENTRAL TIME)**

Red River Talc LLC ("Red River"), by and through the undersigned counsel, hereby submits this Witness and Exhibit List for the hearing scheduled to begin on **October 21, 2025, at 4:00 p.m. (prevailing Central Time)** (the "Hearing") before the Honorable Christopher M. Lopez, United States Bankruptcy Judge in Courtroom 401 of the United States Bankruptcy Court, 515 Rusk Street, Houston, Texas 77002.

**WITNESSES**

Red River may call Conor P. Tully as a witness at the Hearing and any witness called by any other party.

**EXHIBITS**

| No. | Description | Mark | Offer | Objection | Admit | W/D | Disposition After Hearing |
|---|---|---|---|---|---|---|---|
| 1 | Email from Elizabeth L. Stryker to Debtor's counsel on November 22, 2024 [Dkt. No. | | | | | | |

1

| | | | | | | |
|---|---|---|---|---|---|---|
| | 889-1] | | | | | |
| 2 | Email from Elizabeth L. Stryker to Debtor's Counsel on December 2, 2024 [Dkt. No. 889-2] | | | | | |
| 3 | FTI Consulting, Inc., Form 10-K (February 22, 2024) [Dkt. No. 889-3] | | | | | |
| 4 | Notice of Official Committee of Talc Claimants' Support for Amended Plan filed on November 15, 2024 [Dkt. No. 560] | | | | | |
| 5 | Memorandum of Understanding Regarding Talc Bankruptcy Plan Support [Dkt. No. 560-1] | | | | | |
| 6 | Application for an Order Authorizing the Employment and Retention of FTI Consulting Inc., by the Official TCC of Talc Claimants on December 18, 2024 [Dkt. No. 809] | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 7 | Declaration of Conor P. Tully in Support of Application for an Order Authorizing the Employment and Retention of FTI Consulting Inc., by the Official TCC of Talc Claimants *Nunc Pro Tunc* on December 18, 2024 [Dkt. No. 809-2] | | | | | | |
| 8 | Supplemental Declaration of Conor P. Tully in Further Support of Application for an Order Authorizing the Employment and Retention of FTI Consulting Inc., by the Official TCC of Talc Claimants *Nunc Pro Tunc* on May 1, 2025 [Dkt. No. 1448-1] | | | | | | |
| 9 | Final Fee Application of FTI Consulting Inc., filed on September 9, 2025 [Dkt. No. 1482] | | | | | | |
| 10 | Declaration of Conor P. Tully in Support of | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | the Final Fee Application of FTI Consulting, Inc., filed on September 9, 2025 [Dkt. No. 1482-2] | | | | | | |
| 11 | Summary of FTI Consulting's Hours by Professional [Dkt. No. 1482-3] | | | | | | |
| 12 | Summary of FTI Consulting's Hours by Task [Dkt. No. 1482-4] | | | | | | |
| 13 | FTI Consulting's Time Entries [Dkt. No. 1482-5] | | | | | | |
| 14 | Summary of FTI Consulting's Expenses [Dkt. No. 1482-6] | | | | | | |
| 15 | FTI Consulting's Expense Report [Dkt. No. 1482-7] | | | | | | |

Red River reserves the right to use additional exhibits not listed in the above list if those exhibits are or were: (i) listed on the exhibit list in any other filing in connection with the Hearing; (ii) filed in the above referenced case in connection with the applications that are the subject of the Hearing; (iii) produced by any party or non-party during the course of discovery related to the applications that are the subject of the Hearing; and (iv) documents necessary for

the purpose of authentication, impeachment, exploring credibility or qualifications, or rebutting testimony or evidence presented by any other party's fact and/or expert witnesses at trial.

Red River does not waive, and expressly reserves, any and all objections at the time of the Hearing with regard to the offering of any document by any party or non-party. Red River reserves the right to amend, supplement or modify these lists at any time prior to the Hearing.

Red River does not waive, and expressly reserves, any and all objections at the time of the Hearing with regard to the offering of any document by any party or non-party.

Dated: October 17, 2025                    Respectfully submitted,

                                           **MURPHY BALL STRATTON LLP**

                                           /s/ Land Murphy
                                           Land Murphy (SBN 24058010)
                                           Eugene Zilberman (SBN 24110577)
                                           1001 Fannin Street, Suite 720
                                           Houston, Texas 77002
                                           Telephone: (281) 658-9060
                                           lmurphy@mbssmartlaw.com
                                           ezilberman@mbssmartlaw.com

                                           **Attorneys for Red River Talc LLC**

                          **CERTIFICATE OF SERVICE**

I certify that I caused a copy of the foregoing document to be served via the Court's ECF system on October 17, 2025.

                                           /s/ Land Murphy
                                           Land Murphy